DLM

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SACCUCCI LINCOLN MERCURY INC.,
d/b/a SACCUCCI HONDA,

Plaintiff,

v.

AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES,

Defendants.

C.A. No.

CA 08 121S

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants American Honda Motor Co., Inc. and American Honda Finance Corporation ("Defendants") respectfully submit this Notice of Removal to the United States District Court for the District of Rhode Island and state that:

1. On March 27, 2008, Plaintiff commenced an action against Defendants in the Superior Court of the State of Rhode Island, Providence County, captioned, "Saccucci Lincoln Mercury Inc., D/B/A Saccucci Honda, V. American Honda Motor Company, Inc. and American Honda Finance Corporation D/B/A Honda Financial Services." Plaintiff e-mailed the complaint to defendants' counsel on March 27, 2008. A true copy of plaintiff's complaint is appended hereto as Exhibit A. On March 31, 2008, the Providence County Superior Court entered a temporary restraining order. A true copy of the temporary restraining order is appended hereto as Exhibit B. Certified copies of all pleadings filed in Superior Court in this matter will be filed pursuant to LR Cv 81(b). There have been no further proceedings.

2. This Notice of Removal is filed within thirty (30) days of the first date on which any defendant to this action was served with a summons and a copy of the complaint. Consequently, this notice is timely under 28 U.S.C. §1446(b).

3. Defendants are the only named defendants in this civil action. Defendants are incorporated under the laws of California and have their principal places of business in California.

4. Plaintiff's complaint alleges that the plaintiff is a Rhode Island corporation having its principal place of business in Rhode Island. Complaint, ¶ 1.

5. Plaintiff's complaint alleges that defendants' vehicle service contract internet policy, scheduled to go into effect on April 1, 2008, is a violation of Rhode Island statutory law and common law. Complaint, Counts I, II, and III. Plaintiff's complaint demands injunctive relief and monetary damages. Complaint, *passim.*

6. Plaintiff's complaint alleges that it made a significant investment in time, money, effort, personnel and other resources in the creation, maintenance and promotion of its Internet Honda VSC sales business. Complaint, ¶ 13. As set forth in paragraph 6 of the Declaration of Daniel P. Spafford filed herewith, Saccucci's Internet AHM VSC business generated well over $75,000 in 2007 alone. Saccucci has alleged that it intends to continue its Internet AHM VSC business and that implementation of the Policy would stop the operation of this business, Complaint ¶ 20, thereby causing monetary damages for which Saccucci's complaint seeks recovery. Complaint, Second Prayer for Relief. Based on past revenues and Saccucci's alleged investments in its Internet AHM VSC business, the damages being sought are substantially in excess of $75,000.

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 because it is a controversy between citizens of different states and, on information and belief, exceeds the sum or value of $75,000, exclusive of interest and costs.

8. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. § 1441(b) because no defendant is a citizen of the state of Rhode Island.

9. All defendants consent to the removal of this action.

10. Pursuant to 28 U.S.C. § 1446, written notice of the filing of this Notice of Removal will be served upon plaintiff's counsel and upon the Clerk of the Superior Court of the State of Rhode Island, Providence County.

WHEREFORE, defendants pray that this action stand removed from the Providence County Superior Court of Rhode Island to this Court.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
gcleary@vetterandwhite.com

Date: April 2, 2008

CERTIFICATE OF SERVICE

To: John Tarantino, Esq.
Geoffrey W. Millsom, Esq.
Adam M. Ramos, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Notice of Removal by hand on the 2nd day of April, 2008.

Lisa A. Larivee