# EXHIBIT B

**BUSINESS CALENDAR**

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

SACCUCCI LINCOLN MERCURY, INC., d/b/a SACCUCCI HONDA

Plaintiff,

v.

AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES,

Defendants.

C.A. No. 08-2524

**TEMPORARY RESTRAINING ORDER**

This matter came before the Court for hearing on March 28, 2008, upon the motion of Plaintiff Saccucci Lincoln-Mercury, Inc. d/b/a Saccucci Honda ("Saccucci") for entry of an Order temporarily restraining and enjoining Defendants American Honda Motor Co., Inc. and American Honda Finance Corporation d/b/a Honda Financial Services (collectively, "Honda") from promulgating and enforcing the "Honda Care® and Acura Care® Vehicle Service Contract Internet Policy & Guidelines," ("Honda's New Policy") against Saccucci, or taking any action otherwise impeding or infringing upon Saccucci's right to sell Honda Vehicle Service Contracts ("Honda VSCs") over the internet.

After a hearing and oral argument, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. that Honda is temporarily enjoined from promulgating and enforcing the "Honda Care® and Acura Care® Vehicle Service Contract Internet Policy & Guidelines," against Saccucci, or taking any action otherwise impeding or infringing upon Saccucci's right to sell Honda VSCs over the internet. This order shall remain in effect until the date set down for hearing on a preliminary injunction;

2. that a hearing to determine whether a preliminary injunction should issue will be held before this Court on April 14, 2008;

3. that direct evidence to be presented at that hearing shall be submitted in the form of affidavits, which shall be served upon the opposing party no later than the close of business on April 8, 2008;

4. that all affiants shall be made available at the April 14, 2008 hearing for cross-examination unless excused by the opposing party;

5. that any additional briefs or memoranda shall be submitted to the court no later than the close of business on April 10, 2008.

Per Order:

The Honorable Michael A. Silverstein
Justice, Rhode Island Superior Court

Silverstein
3/31/08

Enter:

Deputy Clerk

449491_1