DLM

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SACCUCCI LINCOLN MERCURY INC., d/b/a SACCUCCI HONDA,

Plaintiff,

v.

C.A. No.

CA 08 121S

AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES,

Defendants.

**DECLARATION OF DANIEL P. SPAFFORD**

Daniel P. Spafford is deposed and states that:

1. I am the Manager, Consumer Assurance Products and Services at American Honda Finance Corporation ("AHFC").

2. American Honda Motor Co. Inc. ("AHM") is the exclusive U.S. distributor of Honda and Acura brand vehicles. Saccucci Lincoln Mercury, Inc., d/b/a Saccucci Honda ("Saccucci"), is an authorized Honda dealer ("AHM dealer") in Middletown, Rhode Island.

3. Authorized Honda and Acura vehicle service contracts ("AHM VSCs"), under the service marks HONDA CARE and ACURA CARE, are sold by AHM dealers on behalf of AHM pursuant to a program administered by AHM's subsidiary AHFC.

4. The Honda Care and Acura Care Vehicle Service Contract Internet Policy

and Guidelines (the "Policy"), the subject of Saccucci's complaint, provides that Internet sales of AHM vehicle service contracts ("VSCs") are no longer permitted as of April 1, 2008.

5. Saccucci sells AHM VSCs over the Internet, as well as at its Honda dealership in Middletown, Rhode Island.

6. Based on a review of AHM's records, Saccucci's Internet AHM VSC business generated revenues well in excess of $75,000 in 2007 alone.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 1, 2008.

# CERTIFICATE OF SERVICE

John Tarantino, Esq.
Geoffrey W. Millsom, Esq.
Adam M. Ramos, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza – 8th Floor
Providence, RI 02903-2443

I hereby certify that I served on the above-named counsel of record a copy of the within Declaration of Daniel P. Spafford by hand delivery on the 2nd day of April, 2008.

Lisa A. Laurence