UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SACCUCCI LINCOLN-MERCURY, INC., d/b/a SACCUCCI HONDA<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES,<br><br>Defendants. | C.A. No. 08-121-S |

**ENTRY OF APPEARANCE**

I, Adam M. Ramos, hereby enter my appearance on behalf of Plaintiff, Saccucci Lincoln-Mercury, Inc. d/b/a Saccucci Honda, in the above-captioned case.

PLAINTIFFS, SACCUCCI LINCOLN-MERCURY, INC. d/b/a/ SACCUCCI HONDA
By their attorneys,

/s/ Adam M. Ramos

John Tarantino, #2586
Geoffrey W. Millsom, #6483
Adam M. Ramos, #7591
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607
aramos@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Entry of Appearance through the ECF system on the 8th day of April, 2008, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case C.A. No. 08-121-S.

Bruce Parker
Michael B. Keating
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 (fax)

Gordon Cleary
Vetter & White.
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)

/s/ Adam M. Ramos

*450231_1.doc*