STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-2524 SACCUCCI LINCOLN MERCURY V AMERICAN HONDA MOTOR CO

Filing Date: 03-27-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: INJUNCTIVE RELIEF
Status Date: 04-10-2008

Plaintiff: SACCUCCI LINCOLN MERCURY INC
ID: @10995266

Attorney: JOHN TARANTINO
Attorney: GEOFFREY MILLSOM
Attorney: ADAM RAMOS

Plaintiff: SACCUCCI HONDA
ID: @10995267

Attorney: JOHN TARANTINO
Attorney: GEOFFREY MILLSOM
Attorney: ADAM RAMOS

Defendant: AMERICAN HONDA MOTOR COMPANY INC
ID: @10995268
Defendant: AMERICAN HONDA FINANCE CORPORATIO
ID: @10995269
Defendant: HONDA FINANCIAL SERVICES
ID: @10995271

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 04-14-2008 | PRELIMINARY INJUNCTION | P CRT17 | SILVERSTEIN |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 03-28-2008 | MOTION FOR TEMP REST ORDER<br>MOTION GRANTED | P CRT17 | SILVERSTEIN |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-27-2008 | COMPLAINT FILED | |
| 03-27-2008 | INITIAL FILING FEE | |
| 03-27-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP269911. |
| 03-28-2008 | AFFIDAVIT FILED | OF DANIEL SPAFFORD I |
| 03-28-2008 | ORAL MOTION EVENT | MOTION FOR PRO HAC VICE - GRANTED |
| 03-28-2008 | OBJECTION FILED | TO MOTION FOR PRELIMINARY INJUNCTION<br>Affiliated: AMERICAN HONDA MOTOR COMPANY INC |
| 03-28-2008 | MOTION GRANTED | |
| 04-10-2008 | CASE REMVD TO US DISTRICT CT | (CA - 2008-121S) |
| 04-10-2008 | NOTICE OF REMOVAL | |
| 04-10-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island