UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SACCUCCI LINCOLN MERCURY, INC., d/b/a SACCUCCI HONDA, Plaintiff | ) | C.A. No. 08-121/S |
| v. | ) | |
| AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES, Defendants | ) | |

**DEFENDANTS' MOTION TO ENLARGE**

Pursuant to Local Rule Cv 7, defendants American Honda Motor Co., Inc. and American Honda Finance Corporation move that their time to answer or otherwise respond to the complaint be enlarged fourteen days, to May 2, 2008. Defendants respectfully represent that, because coordination is required with Honda in-house counsel in Torrance, California and other Honda outside counsel, the additional time is required to formulate fully defendants' response to the complaint. Pursuant to Local Rule Cv 7(a), no separate memorandum of law is required to be filed with this motion.

/s/ Gordon P. Cleary
Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: April 15, 2008

CERTIFICATE OF SERVICE

John Tarantino, Esq.
Geoffrey W. Millsom, Esq.
Adam M. Ramos, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza – 8th Floor
Providence, RI 02903-2443

I hereby certify that I electronically filed the within motion on April 15, 2008. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary