UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SACCUCCI LINCOLN MERCURY INC.,
d/b/a SACCUCCI HONDA,

Plaintiff,

v.

AMERICAN HONDA MOTOR COMPANY,
INC. and AMERICAN HONDA FINANCE
CORPORATION d/b/a HONDA
FINANCIAL SERVICES,

Defendants.

C.A. No. 08-121-S

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendants American Honda Motor Co, Inc. and American Honda Finance Corporation states as follows:

American Honda Motor Co., Inc. is a wholly-owned subsidiary of Honda Motor Co., Ltd. American Honda Finance Corporation is a wholly-owned subsidiary of American Honda Motor Co., Inc.

Dated: May 2, 2008

AMERICAN HONDA MOTOR CO., INC.
AND AMERICAN HONDA FINANCE
CORPORATION

By their attorneys,

/s/ Gordon P. Cleary
Gordon P. Cleary (RI No. 1948)
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
401-421-3060
401-272-6803

Of Counsel,
Michael B. Keating (MA. BBO #263360)
David A. Kluft (MA BBO #658970)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617)832-7000 (fax)

CERTIFICATE OF SERVICE

To: John A. Tarantino
Geoffrey W. Millsom
Adam M. Ramos
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443

I hereby certify that I electronically filed this Rule 7.1 Statement on May 2, 2008. The Rule 7.1 Statement is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary