(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Saccucci Lincoln Mercury, Inc.
d/b/a Saccucci Honda
Plaintiff(s)

v
American Honda Motor Co., Inc. &
American Honda Finance Corp. d/b/a
Honda Financial
Services
Defendant(s)

Dkt. No. 08-121-S

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant American Honda Motor Co., Inc. & American Honda Finance Corp. d/b/a Honda Financial Services hereby moves that Michael B. Keating be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Michael B. Keating
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Gordon P. Cleary
Signature of Local Counsel

Gordon P. Cleary
Print Name

Vetter & White
Firm and Business Address

20 Washington Place

Providence, RI 02903

RI Bar ID # 1948

Email: gcleary@vetterandwhite.com

Tel. # 401-421-3060

Fax # 401-272-6803

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

______________________________
District Judge

______________________
Date

CERTIFICATE OF SERVICE

John Tarantino, Esq.
Geoffrey W. Millsom, Esq.
Adam M. Ramos, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza – 8th Floor
Providence, RI 02903-2443

I hereby certify that I electronically filed the within motion on May 2, 2008. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary