(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Saccucci Lincoln Mercury, Inc.
d/b/a Saccucci Honda
Plaintiff(s)

v.
American Honda Motor Co., Inc. &
American Honda Finance Corp. d/b/a
Honda Financial Services
Defendant(s)

Dkt. No. 08-121-S

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant American Honda Motor Co., Inc. & American Honda Finance Corp. d/b/a Honda Financial Services hereby moves that Catherine Wicker be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Gordon P. Cleary
Signature of Local Counsel

Gordon P. Cleary
Print Name

Vetter & White
Firm and Business Address

20 Washington Place

Providence, RI 02903

RI Bar ID # 1948

Email: gcleary@vetterandwhite.com

Tel. # 401-421-3060

Fax # 401-272-6803

**ORDER**

This motion is hereby ✓ GRANTED , _____ DENIED

[signature]
District Judge

5/2/08
Date