UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SACCUCCI LINCOLN-MERCURY, INC., d/b/a SACCUCCI HONDA<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES,<br><br>Defendants. | C.A. No. 08-121-S |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Saccucci Lincoln-Mercury, Inc. d/b/a Saccucci Honda states that it is a corporation operating and existing pursuant to the laws of the State of Rhode Island and that it is now known as Saccucci Auto Group, Inc.[1] Saccucci Auto Group, Inc. operates under the business names Saccucci Lincoln Mercury and Saccucci Honda. No publicly held corporation owns more than 10% of the stock of Saccucci Auto Group, Inc.

[1] On April 28, 2008, after this litigation was initiated, Saccucci Lincoln-Mercury, Inc. changed its name with the Rhode Island Secretary of State's Office to Saccucci Auto Group, Inc.

PLAINTIFFS, SACCUCCI LINCOLN-MERCURY, INC. d/b/a/ SACCUCCI HONDA
By their attorneys,

/s/ *Geoffrey W. Millsom*

John Tarantino, #2586
Geoffrey W. Millsom, #6483
Adam M. Ramos, #7591
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Rule 7.1 Disclosure Statement through the ECF system on the 27th day of May, 2008, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case C.A. No. 08-121-S.

/s/ *Geoffrey W. Millsom*

*455818_1.doc*