UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SACCUCCI LINCOLN-MERCURY, INC., d/b/a SACCUCCI HONDA<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES,<br><br>Defendants. | C.A. No. 08-121-S |

**STIPULATED SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties that:

1. This scheduling order shall govern discovery in this case in advance of the Preliminary Injunction Hearing on ~~June~~ July 28 – 30, 2008.

2. The parties shall exchange written discovery requests by email and regular mail no later than Monday June 8, 2008.

3. Responses to written discovery requests shall be due 14 days from the date of service by email, but in any event no later than June 23, 2008. The parties shall confer in good faith by June 22, 2008 if they require any extension to this deadline.

4. Each party may notice and take depositions between June 25, 2008 and July 21, 2008.

5. Following the Preliminary Injunction Hearing and the Court's ruling on Saccucci's request for a preliminary injunction, the parties shall confer regarding the

scope and timing of any additional discovery and, if unable to reach a stipulated scheduling order for the remainder of the case, shall request another Rule 16 Scheduling Conference with the Court.

SACCUCCI LINCOLN-MERCURY, INC.
d/b/a/ SACCUCCI HONDA,
By its attorneys,

/s/ *Geoffrey W. Millsom*
John Tarantino, #2586
Geoffrey W. Millsom, #6483
Adam M. Ramos, #7591
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607

AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES
By their attorneys,

/s/ *Gordon P. Cleary*
Gordon P. Cleary, # 1948
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803

– and –

Michael B. Keating
David Kluft
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel: (617) 832-3000
Fax: (617) 832-7000

SO ORDERED:

WSm

Hon. William E. Smith, U.S.D.J.

6/9/08