UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. No. 08-121-S

SACCUCCI LINCOLN-MERCURY, INC.,
d/b/a SACCUCCI HONDA

Plaintiff,

v.

AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES,

Defendants.

**STIPULATED PROTECTIVE ORDER**

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties that:

1. This Stipulation governs the use of all documents obtained from any party and/or their counsel during the course of the above-captioned action. This Stipulation does not restrict any party's use of discovery material that is already in his or its possession, that is or becomes publicly available or that it obtains from any third party. All such discovery material obtained from the producing party shall be used only for purposes of this litigation (including alternative dispute resolution procedures and appeals, if any).

2. Each party may designate all or any part of such discovery material produced by them as confidential, to be treated in accordance with the provisions of this Stipulation. Such designation shall be in writing either in a letter identifying the discovery material(s) being designated, or by a stamp or other appropriate mark ("CONFIDENTIAL") on the discovery material. A designation of confidential will mean that the party believes in good faith that the document contains confidential material which is unavailable to the public.

3. Counsel of record for the parties shall have the right to disclose confidential material pursuant to this agreement only to the following persons to the extent that their knowledge of such confidential material is necessary for the prosecution, defense or settlement of this matter:

(a) Parties;

(b) Counsel of record for the parties of record in this matter and the partners, associates and employees of such counsel to the extent reasonably necessary to render professional services in the litigation;

(c) Court personnel (including court reporters), including by way of briefs or other papers filed with the Court;

(d) Commercial photocopying firms;

(e) Experts, consultants (including independent experts), and investigators, including the employees of such experts, consultants, or investigators, who are employed, retained, or otherwise consulted by counsel or a party for the purpose of analyzing data, conducting studies, or providing opinions to assist, in any way, in this matter. Access to confidential material shall be limited to what is reasonably required in the role of expert, consultant, and investigator. Such persons must agree in writing to be bound by the terms of this order;

(f) Litigation support firms retained by counsel or a party in order to assist in the prosecution or defense of this matter. Access to confidential material shall be limited to that which the litigation support firms reasonably require in their roles as litigation support firms;

(g) Any person that a party believes in good faith may be called to give testimony at any stage of the proceedings on matters relating to confidential

material. Access to confidential material shall be limited to that which is necessary for the preparation and/or testimony of such witnesses. Such persons must agree in writing to be bound by the terms of this order; and

(h) Other persons authorized by the Court upon a showing of good cause.

4. Each party may further designate confidential discovery material produced by them as "attorneys' eyes only" upon a good faith belief that the disclosure of such information to persons other than counsel of record would be so materially harmful to their client as to cause a court to order that the information not be disseminated beyond counsel of record, or upon a good faith belief that the disclosure of such information to the opposing party would reveal proprietary or competitive information about a third party. All such documents shall be stamped "ATTORNEYS' EYES ONLY." If, upon review of such designated documents, the non-producing party objects to the designation, it shall notify the producing party in writing and, if requested, shall return the documents so designated to the producing party. The producing party shall then, within a reasonable time, either seek an appropriate protective order or remove the designation and produce the documents with a less restrictive designation. A party wishing to file such documents with the Court in support of a motion or otherwise shall do so only under seal pursuant to Local Rule 102.

5. Promptly upon conclusion of this litigation and any appeals therefrom, copies of all confidential material supplied by any party shall be returned to the producing party or destroyed. However, counsel may retain copies of briefs and other papers filed with the Court, and one set of exhibits marked at depositions, trials or hearings, which contain or constitute confidential material. The parties, through counsel, shall confirm that all confidential material that has not been returned to the producing party has been destroyed.

6. Any confidential material that is inadvertently produced without written notice or identification as to its confidential nature as provided in paragraph 2 may be so designated within a reasonable period of its production.

7. A third party who is asked to produce documents in this matter may produce said documents according to the provisions set forth herein.

| | |
|---|---|
| SACCUCCI LINCOLN-MERCURY, INC.<br>d/b/a/ SACCUCCI HONDA,<br>By its attorneys,<br><br>*/s/ Geoffrey W. Millsom*<br>John Tarantino, #2586<br>Geoffrey W. Millsom, #6483<br>Adam M. Ramos, #7591<br>ADLER POLLOCK & SHEEHAN P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903-2443<br>Tel: (401) 274-7200<br>Fax: (401) 351-4607 | AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES<br>By their attorneys,<br><br>*/s/ Gordon P. Cleary*<br>Gordon P. Cleary, # 1948<br>VETTER & WHITE<br>20 Washington Place<br>Providence, RI 02903<br>Tel: (401) 421-3060<br>Fax: (401) 272-6803<br><br>– and –<br><br>Michael B. Keating<br>David Kluft<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Tel: (617) 832-3000<br>Fax: (617) 832-7000 |

SO ORDERED:

WESmith

Hon. William E. Smith, U.S.D.J.
6/16/08