UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SACCUCCI LINCOLN MERCURY INC., d/b/a SACCUCCI HONDA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES,<br><br>Defendants. | C.A. No. 08-121-S |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 34 of the Federal Rules of Procedure, Defendants American Honda Motor Co., Inc. and American Honda Finance Corporation ("Defendants" or "Honda") hereby respond to the First Set of Requests for Production of Documents by Plaintiff Saccucci Lincoln Mercury, Inc. ("Saccucci"), subject to its General and Specific Objections:

GENERAL OBJECTIONS

A. Defendants object to each and every request insofar as any such request seeks to impose obligations beyond those set forth in Rules 26 and 34 of the Federal Rules of Civil Procedure.

B. Defendants object to each and every request insofar as any such request purports to seek information that is protected by the work product doctrine, is subject to the attorney-client privilege, was prepared or assembled in anticipation of litigation, or otherwise is not within the scope of discovery.

C. Defendants object to the interrogatories to the extent that they are overbroad, vague, unduly burdensome, not relevant to the subject matter of this action or not reasonably calculated to lead to the discovery of admissible evidence.

D. Defendants object to each and every request in that that the definition of "Honda" is overbroad, unduly burdensome, and not reasonably calculated to elicit admissible evidence, including without limitation to the extent that the definition purports to encompass departments, parent and affiliated entities, and regional and local offices that have no reasonable relation to this matter.

SPECIFIC REQUESTS

1. Please produce all contracts or agreements entered into and executed between Saccucci and Honda, including without limitation, any contracts or agreements relating to or concerning the sale of Honda VSCs. Your response should include, but is not limited to, copies of the Honda Care Honda Dealer Enrollment and Participation Agreement and the Acura Care Acura Dealer Enrollment and Participation Agreement executed by Saccucci.

***Response:***

*Subject to the foregoing general objections, Defendants will produce any responsive non-privileged documents that they are able to locate in their possession, custody or control after a reasonable search.*

2. Please produce all versions of and amendments to the Honda Care Honda Dealer Enrollment and Participation Agreement and the Acura Care Acura Dealer Enrollment and Participation Agreement, executed by Saccucci, including but not limited to contemplated amendments and proposed versions and/or amendments, riders, codicils, supplements and/or modifications.

***Response:***

*Subject to the foregoing general objections, Defendants will produce any responsive non-privileged documents that they are able to locate in their possession, custody or control after a reasonable search.*

3. Please produce all documents (including e-mails) reflecting, concerning or relating to communications between and among you and any Honda employees, officers, agents, independent contractors, directors, other manufacturers, importers and/or other persons or entities regarding internet sales' of VSCs.

***Response:***

*In addition to their general objections, Defendants object to the extent that the request is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, including without limitation the extent to which the request purports to seek communications with "other manufacturers, importers and/or other persons or entities". Subject to the foregoing general and specific objections, Defendants will produce any responsive non-privileged documents that they are able to locate in their possession, custody or control after a reasonable search.*

4. Please produce all documents (including e-mails) concerning or reflecting correspondence or communications between Honda and any individual dealers, the Honda National Dealers' Advisory Board, the Dealers' Council, Honda customers and/or other persons or entities regarding internet sales of VSCs.

***Response:***

*In addition to their general objections, Defendants object to the extent that the request is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, including without limitation the extent to which the request purports to seek communications with "customers and/or other persons or entities". Subject to the foregoing general and specific objections, Defendants will produce any responsive non-privileged documents that they are able to locate in their possession, custody or control after a reasonable search.*

5. Please produce all correspondence or communications (including e-mails) between Honda and any individual Honda dealers, the Honda National Dealers' Advisory Board, the Dealers' Council, Honda customers and/or other persons or entities regarding Honda's New Policy.

***Response:***

*In addition to their general objections, Defendants object to the extent that the request is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, including without limitation the extent to which the request purports to seek communications with "customers and/or other persons or entities". Subject to the foregoing general objections, Defendants will produce any responsive non-privileged documents that they are able to locate in their possession, custody or control after a reasonable search.*

6. Please produce all documents reflecting or concerning Honda's decision to adopt and/or implement Honda's New Policy. Your response should include, without limitation, any minutes or notes from any meeting at which Honda's new policy was discussed, internal memoranda discussing Honda's New Policy, and all communications whether written, electronic, or oral regarding the need for, creation, approval, and/or promulgation of Honda's New Policy.

***Response:***

*In addition to their general objections, Defendants object to the extent that this document request seeks "oral" communications, and to the extent that the request seeks privileged information. Subject to the foregoing general and specific objections, Defendants will produce any responsive non-privileged documents that they are able to locate in their possession, custody or control after a reasonable search.*

7. Please produce all documents concerning or reflecting any discussions regarding the internet sales of VSCs and/or Honda's New Policy that took place at any meeting of the Honda National Dealer Advisory Board, including, but not limited to, the Honda National Dealer

Advisory Board Meeting in Key Biscayne, Florida in January 2008, as well as any such meetings that occurred before or after that meeting.

***Response:***

*Subject to the foregoing general objections, Defendants will produce any responsive non-privileged documents that they are able to locate in their possession, custody or control after a reasonable search.*

8. Please produce copies of any documents reflecting or concerning dealer complaints regarding the internet sale of Honda VSCs, including, but not limited to, specific complaints about Saccucci's website, http://www.myhondawarranty.com.

***Response:***

*Subject to the foregoing general objections, Defendants will produce any responsive non-privileged documents that they are able to locate in their possession, custody or control after a reasonable search.*

9. Please produce all customer surveys or feedback provided to Honda regarding the internet sale of Honda VSCs.

***Response:***

*In addition to its general objections, Defendants object on the grounds that the request is unduly burdensome, overbroad, and not reasonably calculated to lead to the discovery of admissible evidence and on the further grounds that the term "feedback" is vague and undefined.*

10. Please produce copies of any documents reflecting requests made to Honda by any person or entity, including, but not limited to Honda employees, dealers, dealers' associations, and any agents or representatives of such persons or entities asking Honda to adopt a policy banning internet sales of VSCs.

***Response:***

*Defendants incorporate their answers to Requests Nos. 3 through 7.*

11. Please produce all documents that evidence any request made to Honda by a dealer for advance written permission to reference the Honda Care or Acura Care program in connection with internet advertising and/or sales of Honda VSCs.

***Response:***

*In addition to its general objections, Defendants object on the grounds that the request is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.*

12. Please produce all documents that demonstrate that customers are more satisfied with their Honda VSC purchase if it is made at a brick and mortar dealership as opposed to a Honda VSC purchase made over the internet.

***Response:***

*In addition to its general objections, Defendants object on the grounds that the request is vague, not reasonably calculated to lead to the discovery of admissible evidence and is intended to harass.*

13. Please produce all documents demonstrating that, in the absence of Honda's New Policy, VSCs would no longer be promoted vigorously by the vast majority of Honda and/or Acura dealers.

***Response:***

*Defendants incorporate their answers to Requests Nos. 3 through 7.*

14. Please produce any documents regarding Honda and/or Acura automobile purchasers' preference, or lack of preference for a Honda or Acura Care product as opposed to

competing products offered by third parties. Your response should include, but is not limited to, any customer feedback or surveys.

***Response:***

*Defendants incorporate their responses to Requests Nos. 9 and 12.*

15. Please produce copies of any policies promulgated by Honda relating to the internet sale of new or used Honda automobiles or Honda parts.

***Response:***

*Subject to the foregoing general objections, Defendants will produce any responsive non-privileged documents that they are able to locate in their possession, custody or control after a reasonable search.*

16. Please produce all documents reflecting or concerning any communication to Honda from a VSC customer of Saccucci.

***Response:***

*In addition to its general objections, Defendants object on the grounds that the request is vague, overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.*

17. Please produce all documents demonstrating that Honda's New Policy has been well-received since its promulgation on February 14, 2008.

***Response:***

*In addition to its general objections, Defendants object on the grounds that the request is vague and not reasonably calculated to lead to the discovery of admissible evidence. Further answering and subject to the foregoing general and specific objections, Defendants will produce any responsive non-privileged documents that they are able to locate in their possession, custody or control after a reasonable search.*

18. Please produce documents or electronically stored information reflecting the sale of Honda VSCs from November 14, 1995 to the present. Your response should either reflect or include sufficient information to allow Saccucci to determine for each VSC sale:

a. the dealer responsible for the sale;

b. the price of the VSC as paid by the customer;

c. the price of the VSC as paid by the dealer;

d. whether the sale was an internet sale;

e. whether the Dealer earned a Performance-Based Allowance ("PBA") in connection with the sale.

***Response:***

*In addition to its general objections, Defendants object on the grounds that the request is overbroad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence. Subject to the foregoing general and specific objections, Defendants will produce documents sufficient to demonstrate the overall volume of VSC sales since 2003. Further answering, Defendants incorporate herein their responses to Document Request No. 19 and Interrogatory No. 12, as well as the spreadsheets produced as Honda000001-Honda000014.*

19. Please produce all documents or electronically stored information reflecting the amount of the PBAs paid each quarter by Honda from July 10, 1997 to the present, broken down by dealer or Group Network.

***Response:***

*In addition to its general objections, Defendants object on the grounds that the request is overbroad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence. Subject to the foregoing general and specific objections, Defendants will produce documents sufficient to demonstrate the overall amounts of PBA payments per quarter since 1997, as well as records concerning the payment of PBA's to Plaintiff.*

20. Please produce all documents or electronically stored information reflecting the monthly and annual sales records for new Honda and Acura automobiles during the past 5 years. Your response should include, without limitation, all reports describing sales volume, vehicle price, and sales trends.

***Response:***

*In addition to its general objections, Defendants object on the grounds that the request is overbroad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence. Further answering and subject to the foregoing general and specific objections, Defendants will provide documents demonstrating sales volume for the past five years.*

21. Please produce all documents or electronically stored information reflecting the monthly and annual sales records for pre-owned Honda and Acura automobiles during the past 5 years. Your response should include, without limitation, all reports produced describing sales volume, vehicle price, and sales trends.

***Response:***

*In addition to its general objections, Defendants object on the grounds that the request is overbroad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence. Subject to the foregoing general and specific objections, Defendants will produce documents sufficient to demonstrate the number of certified pre-owned vehicles sold overall and in Zone 9 since 2003.*

22. For any person from whom you intend to elicit an expert opinion and, for expert witnesses whom you intend to call at the preliminary injunction hearing scheduled for July 28-30, 2008, please provide:

a. curriculum vitae; and

b. expert report.

***Response:***

*Subject to the foregoing general objections, Defendants will produce any responsive non-privileged documents that they are able to locate in their possession, custody or control after a reasonable search.*

Dated: June 23, 2008

AMERICAN HONDA MOTOR CO., INC.
AND AMERICAN HONDA FINANCE
CORPORATION

By their attorneys,

Michael B. Keating (MA. BBO #263360)
David A. Kluft (MA BBO #658970)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617)832-7000 (fax)

Gordon P. Cleary (No. 1948)
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
401-421-3060
401-272-6803(fax)

CERTIFICATE OF SERVICE

To: Geoffrey Millsom
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443

I hereby certify that I served on the above-named counsel of record a copy of the within document on June 23, 2008.