Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Email chain with attachments | 3/26/2008 | Gigi Dean | Richard Otera | Forwarded email and attachment regarding D. Spafford letters to Saccucci. | A/C; W/P |
| 2. | Email chain with attachment | 3/26/2008 | Gigi Dean | Richard Otera | Forwarded emails regarding Saccucci Solicitation letter for class action lawsuit. | A/C; W/P |
| 3. | Email chain with attachment | 3/26/2008 | Gigi Dean | Richard Otera | Forwarded email regarding the New Honda Care and Acura Care VSC Internet Policy & Guidelines. | A/C; W/P |
| 4. | Email chain with attachments | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Forwarded email regarding draft of VSC Internet Policy & Guidelines. | A/C; W/P |
| 5. | Attachment | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | | A/C; W/P |
| 6. | Attachment | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | | A/C; W/P |
| 7. | Attachment | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Draft of Honda Power Equipment Internet Policy & Guidelines. | A/C; W/P |
| 8. | Attachment | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Draft of Honda Power Equipment Internet Policy & Guidelines. | A/C; W/P |
| 9. | Email chain | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Forwarded email with comments regarding follow-up to Joint Project Status Meeting. | A/C; W/P |
| 10. | Email chain | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Forwarded email regarding pricing on dealer websites. | A/C; W/P |
| 11. | Email chain | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Forwarded email regarding dealer advertisements of pricing. | A/C; W/P |
| 12. | Email chain with attachment | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Forwarded email with attachment of overview of internet sales. | A/C; W/P |
| 13. | Email chain | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Forwarded email regarding meeting minutes for conference call. | A/C; W/P |
| 14. | Email chain | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Forwarded email regarding internet sales of VSC's. | A/C; W/P |
| 15. | Email chain | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Forwarded email regarding meeting minutes for a conference call. | A/C; W/P |
| 16. | Email chain | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Forwarded email regarding Internet VSC sales. | A/C; W/P |
| 17. | Email chain | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Forwarded email regarding Internet VSC sales. | A/C; W/P |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Email chain with attachment | 3/26/2008 | Richard Otera; Gigi Dean | Carol Moore | Forwarded email regarding Report by Amy Mitnick, Esq. on Internet Sales of Service Contracts. | A/C; W/P |
| 2. | Email chain with attachment | 3/14/2008 | Carol Moore; Bruce Parker; Laura Cuddy | Cathy McEvilly | Forwarded email including attachment of Saccucci solicitation letter for class action lawsuit. | A/C; W/P |
| 3. | Email | 2/20/2008 | Laura Cuddy; Richard Otera | Carol Moore | Email question regarding confidentiality of VSC Internet Sales Policy. | A/C |
| 4. | Email chain | 2/20/2008 | Carol Moore; Laura Cuddy | Richard Otera | Email chain regarding confidentiality of VSC Internet Sales Policy. | A/C |
| 5. | Email chain | 2/20/2008 | Richard Otera; Laura Cuddy | Carol Moore | Forwarded email attaching final Honda Care and Acura Care Internet Policy Guidelines. | A/C |
| 6. | Email chain | 2/15/2008 | Caol Moore; Laura Cuddy; Eva Gallem-Scherp; Nancy Shao; Charles Kendig | Dan Spafford | Forwarded email regarding comments on VSC Internet Sales Policy. | A/C |
| 7. | Email chain | 2/12/2008 | Bruce Parker; Laura Cuddy | Carol Moore | Email chain regarding comments on draft VSC internet policy. | A/C |
| 8. | Email chain | 2/12/2008 | Carol Moore; Laura Cuddy | Bruce Parker | Email chain regarding comments on draft VSC internet policy. | A/C |
| 9. | Email chain | 2/11/2008 | Bruce Parker; Laura Cuddy | Carol Moore | Forwarded email with comments regarding draft VSC Internet policy. | A/C |
| 10. | Email chain | 2/6/2008 | Cathy McEvilly; Rich Otera; Laura Cuddy; Bruce Parker | Carol Moore | Email with comments and attachment of draft VSC Internet Policy. | A/C |
| 11. | Email chain | 2/6/2008 | Bruce Parker; Carol Moore; Cathy McEvilly; Laura Cuddy | Richard Otera | Email with comments on draft VSC Internet Policy. | A/C |
| 12. | Email chain | 2/6/2008 | Richard Otera; Laura Cuddy | Carol Moore | Email forwarding comments on draft VSC Internet Policy. | A/C |
| 13. | Email chain | 2/6/2008 | Laura Cuddy;Carol Moore | Richard Otera | Email forwarding draft of proposed public relations statement on VSC Internet Policy. | A/C |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Email chain | 2/1/2008 | Dan Spafford; Carol Moore; Laura Cuddy; Sherri Green | Eva Gallem-Scherp | Email forwarding draft of proposed public relations statement on VSC Internet Policy to counsel for comment. | A/C |
| 2. | Email chain | 2/1/2008 | Carol Moore; Laura Cuddy; Evan Gallem-Scherp | Dan Spafford | Email forwarding draft of proposed public relations statement on VSC Internet Policy to counsel for comment. | A/C |
| 3. | Email chain | 1/31/2008 | Bruce Parker; Laura Cuddy | Carol Moore | Email regarding edits to VSC Internet Policy. | A/C |
| 4. | Email | 1/31/2008 | Carol Moore; Laura Cuddy | Bruce Parker | Email regarding edits to VSC Internet Policy. | A/C |
| 5. | Email chain | 1/31/2008 | Carol Moore; Laura Cuddy | Bruce Parker | Email regarding edits to VSC Internet Policy. | A/C |
| 6. | Email with attachment | 1/31/2008 | Bruce Parker; Laura Cuddy | Carol Moore | Email regarding edits to VSC Internet Policy. | A/C |
| 7. | Handwritten notes | 1/23/2008 | N/A | Dan Spafford | Handwritten notes regarding comments from Bruce Parker. | A/C |
| 8. | Handwritten notes | 1/21/2008 | N/A | Laura Cuddy, Esq. | Handwritten notes regarding VSC business strategy. | W/P |
| 9. | Email with attachment | 1/21/2008 | Laura Cuddy; Dan Spafford | Eva Gallem-Scherp | Email attaching presentation on VSC Internet Marketing Strategy with attorney notes. | A/C; W/P |
| 10. | Email chain | 1/17/2008 | Bruce Parker; Carol Moore; Laura Cuddy | Eva Gallem-Scherp | Email regarding draft of VSC Internet Policy. | A/C |
| 11. | Email chain | 1/17/2008 | Bruce Parker; Carol Moore; Laura Cuddy | Eva Gallem-Scherp | Email regarding review of PBA Agreement. | A/C |
| 12. | Email chain | 1/16/2008 | Eva Gallem-Scherp; Dan Spafford; Carol Moore; Charles Kendig | Bruce Parker | Email regarding review of PBA Agreement. | A/C |
| 13. | Email chain with attachment | 1/15/2008 | Bruce Parker; Carol Moore; Charles Kendig | Eva Gallem-Scherp | Email chain attaching PBA Agreement. | A/C |
| 14. | Email | 1/14/2008 | Eva Gallem-Scherp; Carol Moore; Charles Kendig | Bruce Parker | Email requesting copy of PBA Agreement. | A/C |
| 15. | Email | 1/14/2008 | Bruce Parker; Carol Moore; Charles Kendig | Eva Gallem-Scherp | Email regarding changes to the PBA program. | A/C |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Email with attachments | 1/14/2008 | Carol Moore; Charles Kendig | Bruce Parker | Email with attachments of revised VSC Internet Policy; redlined VSC Internet Policy; Notice to Dealers of new VSC Internet policy. | A/C |
| 2. | Attachment | 1/14/2008 | | | Attachment of revised VSC Inernet Policy. | A/C |
| 3. | Attachment | 1/14/2008 | | | Attachment of redlined VSC Internet Policy. | A/C |
| 4. | Attachment | 1/14/2008 | | | Attachment of Notice to Dealers of new VSC Internet Policy. | A/C |
| 5. | Calendar Entry | 1/11/2008 | N/A | N/A | Calendar entry of meeting change between Carol Moore, Bruce Parker, Charles Kending, Dan Spafford, Eva Gallem-Scherp regarding the VSC Internet Sales Policy. | A/C |
| 6. | Email with attachment | 1/11/2008 | Bruce Parker | Laura Cuddy | Email forwarding VSC Dealer Agreement. | A/C |
| 7. | Email with attachment | 1/10/2008 | Carol Moore; Bruce Parker, Dan Spafford; Laura Cuddy | Carol Moore | Email forwarding VSC Dealer Agreement with comments from AHFC. | A/C |
| 8. | Email | 12/28/2007 | Bruce Parker; Laura Cuddy | Carol Moore | Email regarding comments on draft of VSC Internet Policy. | A/C |
| 9. | Email with attachment | 12/27/2008 | Carol Moore; Laura Cuddy | Bruce Parker | Email with attachment of draft VSC Internet Policy. | A/C |
| 10. | Email chain | 12/20/2007 | Carol Moore | Laura Cuddy | Forwarded email from B. Parker regarding VSC internet sales. | A/C |
| 11. | Email chain | 12/19/2007 | Bruce Parker; Laura Cuddy; Phil Sugino | Carol Moore | Email chain regarding questions related to designing VSC Policy. | A/C |
| 12. | Email chain | 12/19/2007 | Dan Spafford; Laura Cuddy | Carol Moore | Email chain regarding questions related to designing VSC Policy. | A/C |
| 13. | Email chain | 12/19/2007 | Carol Moore; Laura Cuddy; Phil Sugino | Bruce Parker | Email chain regarding questions related to designing VSC Policy. | A/C |
| 14. | Email chain | 12/19/2007 | Bruce Parker; Laura Cuddy; Phil Sugino | Carol Moore | Email chain regarding questions related to designing VSC Policy. | A/C |
| 15. | Email chain | 12/19/2007 | Carol Moore; Laura Cuddy; Phil Sugino | Bruce Parker | Email chain regarding questions related to designing VSC Policy. | A/C |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Email chain | 12/18/2007 | Bruce Parker; Laura Cuddy | Carol Moore | Email chain forwarding draft internet compliance rules. | A/C |
| 2. | Email chain | 12/18/2007 | Bruce Parker; Laura Cuddy | Carol Moore | Email chain forwarding meeting minutes from conference call. | A/C |
| 3. | Email chain | 12/18/2007 | Bruce Parker; Laura Cuddy | Carol Moore | Email chain regarding development of VSC internet policy. | A/C |
| 4. | Email chain | 12/19/2007 | Bruce Parker; Laura Cuddy | Carol Moore | Email chain regarding development of VSC internet policy. | A/C |
| 5. | Email chain | 12/19/2007 | Carol Moore; Laura Cuddy; Phil Sugino | Bruce Parker | Email chain regarding development of VSC internet policy. | A/C |
| 6. | Miscellaneous documents | 12/7/2007 | | Dan Spafford | Handwritten notes regarding counsel comments on draft internet policy. | A/C |
| 7. | Email with attachment | 12/7/2007 | Bruce Parker | Laura Cuddy | Email with attachment of memo on proposed VSC internet policy. | A/C |
| 8. | Email with attachment | 12/7/2007 | Laura Cuddy; Sarah Taylor | Carol Moore | Email with attachment of memo on proposed VSC internet policy. | A/C |
| 9. | Email with attachment | 12/7/2007 | Carol Moore; Sarah Taylor | Laura Cuddy | Email with attachment of memo on proposed VSC internet policy. | A/C |
| 10. | Handwritten notes | | N/A | Dan Spafford | Handwritten notes on counsel comments regarding VSC internet policy. | A/C |
| 11. | Handwritten notes | 3/24/2008 | N/A | Dan Spafford | Handwritten notes on counsel comments regarding VSC internet policy. | A/C |
| 12. | Email with handwritten notes | 12/19/2007 | Carol Moore; Laura Cuddy; Phil Sugino | Bruce Parker | Email regarding VSC Internet Policy | A/C |
| 13. | Redlined document | 1/30/2008 | N/A | N/A | Redlined draft by counsel of VSC Internet Policy & Guidelines. | A/C |
| 14. | Redlined document | 12/27/2007 | N/A | N/A | Redlined draft by counsel of VSC Internet Policy & Guidelines. | A/C |
| 15. | Redlined document | 2/10/2003 | N/A | N/A | Redlined draft by counsel of Honda Power Equipment: Internet Policy & Guidelines. | A/C |
| 16. | Email | 4/1/2008 | Richard Otera; Bruce Parker | Carol Moore | Email regarding interstate sales of VSCs. | A/C; W/P |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Email chain | 3/31/2008 | Carol Moore; Dan Spafford | Don Francy | Email chain regarding temporary restraining order. | A/C; W/P |
| 2. | Email chain | 3/31/2008 | Don Francy; Dan Spafford | Carol Moore | Email chain regarding temporary restraining order. | A/C; W/P |
| 3. | Email chain with attachment | 3/14/2008 | Stephen Smith | Charles Aiesi | Forwarded email from C. Moore with comments on Saccucci solicitation letter. | A/C |
| 4. | Attachment | 3/14/2008 | | | Saccucci solicitation letter to dealers regarding class action lawsuit. | A/C |
| 5. | Email chain with attachment | 3/14/2008 | Carol Moore; Cathy McEvilly; Stephen E Smith | Charles Aiesi | Forwarded email re: Saccucci solicitation letter to dealers. | A/C |
| 6. | Attachment | 3/14/2008 | | | Solicitation letter from Saccucci to dealers regarding class action lawsuit. | A/C |
| 7. | Email chain with attachment | 3/14/2008 | Stephen E Smith; Charles Aiesi | Cathy McEvilly | Email regarding Saccucci solicitation letter to dealers | A/C |
| 8. | Attachment | 3/14/2008 | | | Solicitation letter from Saccucci to dealers regarding class action lawsuit. | A/C |
| 9. | Email with attachment | 3/17/2008 | Charles Aiesi; Carol Moore | Stephen E Smith | Forwarded email with log of dealer complaints regarding policy and counsel's response. | A/C; W/P |
| 10. | Attachment | 3/17/2008 | | | Log of dealer complaints regarding policy and counsel's response | A/C; W/P |
| 11. | Email with attachment | 3/25/2008 | Stephen E Smith; Charles Aiesi; Jim Richardson | Carol Moore | Email forwarding log of dealer complaints regarding policy and counsel's response. | A/C; W/P |
| 12. | Email with attachment | 3/31/2008 | Warren Bradley; Charles Aiesi; Dave Hampton; Jennifer Symington; Jim Richardson | Carol Moore | Forwarded email regarding Saccucci Honda VSC Website update. | A/C |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Redacted e-mail chain | 8/25/2006 | Sherri Green; Bud Gregory; Doug Newhoff; Joe Ryan; Jonathan Payne; Don Francy | Jennifer Symington | Dealer selling Honda Care through the internet. Redacted portion of HONDA000412 reflects legal strategy and attorney advice. | A/C |
| 2. | Redacted e-mail | 10/10/2007 | Charles Aiesi; Eva Gallem-Scherp; John Nakawatase; Jeff Schneider; Nancy Shao | Dan Spafford | Partial internet solution. Redacted portion of HONDA000414 reflects legal strategy and attorney advice. | A/C |
| 3. | Memo | 00/00/0000 | | Dan Spafford | Proposed solutions to internet sales. Redacted portion of HONDA000417 reflects legal strategy and attorney advice. | A/C |
| 4. | Redacted e-mail | 10/12/2007 | Dan Spafford; Eva Gallem-Scherp; John Nakawatase; Jeff Schneider; Nancy Shao | Charles Aiesi | Partial internet solution. Redacted portion of HONDA000419 reflects legal strategy and attorney advice. | A/C |
| 5. | Memo | 00/00/2007 | | Dan Spafford | Proposed solutions to internet sales. Redacted portion of HONDA000422 reflects legal strategy and attorney advice. | A/C |
| 6. | Email chain | 10/12/2007 | Charles Aiesi | Dan Spafford; Eva Gallem-Scherp; Jeff Schneider; John Nakawatase; Nancy Shao; Soraya Leonard | Email regarding comments from counsel on development of VSC internet policy. | A/C |
| 7. | Attachment | 10/12/2007 | | Dan Spafford | Memo on development of VSC internet policy. | A/C |
| 8. | Email chain | 11/5/2007 | Eva Gallem-Scherp | Carol Moore | Email regarding California regulations of VSC internet sales. | A/C |
| 9. | Email chain with attachment | 12/7/2007 | Eva Gallem-Scherp | Dan Spafford | Forwarded email from C. Moore regarding internet compliance rules. | A/C |
| 10. | Attachment | | | | Internet Compliance Rules | A/C |
| 11. | Email | 1/17/2008 | Eva Gallem-Scherp | John Johnston | Forwarded email regarding outside counsel comments on internet policy. | A/C |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Memo | 00/00/2007 | | Dan Spafford | VSC situation and proposed solution to internet sales. Redacted portion of HONDA000504 reflects legal strategy and attorney advice. | A/C |
| 2. | Email | 1/24/2008 | Eva Gallem-Scherp; Carol Moore; Charles Kendig | Bruce Parker | Email regarding revised VSC internet policy. | A/C |
| 3. | Email with attachments | 2/4/2008 | Dan Spafford; Eva Gallem-Scherp | Carol Moore | Email attaching Internet Sales Policy. | A/C |
| 4. | Attachment | 2/4/2008 | | | Attachment of Internet Sales Policy | A/C |
| 5. | Attachment | 2/4/2008 | | | Attachment of Internet Sales Policy | A/C |
| 6. | Email chain with attachment | 2/5/2008 | Eva Gallem-Scherp; Dan Spafford; Paul Shortley | Carol Moore | Email regarding revised VSC policy & guidelines. | A/C |
| 7. | Attachment | 2/5/2008 | | | Revised VSC policy & guidelines | A/C |
| 8. | Email chain with attachment | 2/5/2008 | Paul Shortley; Crystal Rodrigues; Dan Spafford; Eva Gallem-Scherp | Carol Moore | VSC Revised Policy & Guidelines | A/C |
| 9. | Email chain with attachment | 2/5/2008 | Paul Shortley; Crystal Rodrigues; Dan Spafford; Eva Gallem-Scherp | Carol Moore | Email with comments from counsel and attachment. | A/C |
| 10. | Redacted e-mail chain | 2/4/2008 | Eva Gallem-Scherp; Carol Moore, Esq.; Dan Spafford | John M. Johnston | VSC Internet Sales Activity Sales by Dealer. Redacted portion of HONDA000533 reflects legal strategy and attorney advice. | A/C |
| 11. | Attachment | 2/6/2008 | | | VSC Revised Policy and Guidelines | A/C |
| 12. | Email chain | 2/12/2008 | Dan Spafford; Paul Shortley; Crystal Rodrigues; Eva Gallem-Scherp | Carol Moore | Email with comments on VSC Internet Sales Policy from counsel. | A/C |
| 13. | Attachment | 2/12/2008 | | | VSC Revised Policy and Guidelines | A/C |
| 14. | Email chain with attachment | 2/12/2008 | John Johnston; Carol Moore; Charles Aiesi; Dan Spafford | Eva Gallem-Scherp | Re: VSC Policy - Answers to Jay Honda's Questions. Redacted portion reflects answers approved by counsel. | A/C |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Memo | 00/00/2007 | | Dan Spafford | VSC situation and proposed solution to internet sales. Redacted portion of HONDA000591 reflects legal strategy and attorney advice. | A/C |
| 2. | Email chain | 2/20/2008 | Dean Hardesty; Carol Moore; Eva Gallem-Scherp | Dan Spafford | Email forwarding legal advice from Rich Otera re: confidentiality of internet policy. | A/C |
| 3. | Redacted e-mail chain | 2/27/2008 | Dan Spafford | Eva Gallem-Scherp | Redacted portion of HONDA000649 reflects communication with counsel. | A/C |
| 4. | Email chain | 2/28/2008 | Eva Gallem-Scherp | Dan Spafford | VSC Internet Sales and likelihood of litigation. | A/C |
| 5. | Attachment | 2/29/2008 | | | Log of dealer complaints regarding policy and counsel's response. | A/C |
| 6. | Email chain and attachment | 3/3/2008 | Charles Aiesi; Dan Spafford; Carol Moore | Eva Gallem-Scherp | Email chain regarding Saccucci website. | A/C |
| 7. | Attachment | 3/3/2008 | Charles Aiesi; Dan Spafford; Carol Moore | Eva Gallem-Scherp | Comments and counsel's reaction regarding policy. | A/C |
| 8. | Email chain with attachment | 3/14/2008 | Dan Spafford; Eva Gallem-Scherp; Carol Moore | Charles Aiesi | Fw: Saccucci Solicitation letter for class action lawsuit against AHFC. | A/C |
| 9. | Attachment | 3/14/2008 | Dan Spafford; Eva Gallem-Scherp; Carol Moore | Charles Aiesi | Attachment of Saccucci Solicitation Letter. | A/C |
| 10. | Email chain | 3/14/2008 | Charles Aiesi; Eval Gallerm-Scherp; Dan Spafford; Don Francy | Dean Hardesty | Saccucci litigation Solicitation Letter | A/C |
| 11. | Email chain | 3/14/2008 | Charles Aiesi; Dan Spafford; Eva Gallem Scherp | Carol Moore | Communication re: litigation | A/C |
| 12. | Attachment | 3/14/2008 | Charles Aiesi; Dan Spafford; Eva Gallem Scherp | Carol Moore | Attachment of Saccucci Solicitation Letter | A/C |
| 13. | Email chain | 3/14/2008 | Eva Gallem-Scherp; Paul Shortley | Dan Spafford | Email forwarding advice of counsel regarding warranties. | A/C |
| 14. | Email chain | 3/14/2008 | Dan Spafford; Charla Nunez; Charles Aiesi; Dean Hardesty | Carol Moore | Email regarding Saccucci Solicitation Letter. | A/C |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Email chain | 3/17/2008 | Carol Moore; Charles Aiesi; Eva Gallem-Scherp | Dan Spafford | Forwarded email from G. Reynolds to counsel with comments. | A/C |
| 2. | Email chain with attachment | 3/17/2008 | Charles Aiesi; Eva Gallem-Scherp; Carol Moore | Dan Spafford | Email regarding Saccucci Solicitation letter. | A/C |
| 3. | Attachment | 3/17/2008 | Charles Aiesi; Eva Gallem-Scherp; Carol Moore | Dan Spafford | Attachment of Saccucci Solicitation Letter. | A/C |
| 4. | Email with attachment | 3/17/2008 | Eva Gallem-Scherp; Carol Moore; Crystal Rodriquez; Paul Shortley | Dan Spafford | Email chain seeking counsel's advice regarding draft violation letter. | A/C |
| 5. | Attachment | 3/17/2008 | | | Attachment of draft violation letter | A/C |
| 6. | Email with attachment | 3/17/2008 | Eva Gallem-Scherp; Dan Spafford; Don Francy; Dean Hardesty | Charles Aiesi | Forwarded email with C. Moore, R. Otera comments on Sacucci Solicitation Letter. | A/C |
| 7. | Attachment | 3/17/2008 | | | Attachment of Saccucci Solicitation Letter. | A/C |
| 8. | Email chain | 3/18/2008 | Eva Gallem-Scherp; Dan Spafford | Carol Moore | Forwarded email with B. Parker comments on draft violation letter. | A/C |
| 9. | Attachment | 3/18/2008 | | | Attachment with comments on draft violation letter. | A/C |
| 10. | Email chain with attachment | 3/19/2008 | Stephen E Smith; Charles Aiesi; Eva Gallem-Scherp; Carol Moore | Dan Spafford | Forwarded email with draft letter from B. Parker. | A/C |
| 11. | Attachment | 3/19/2008 | | | Draft letter from B. Parker | A/C |
| 12. | Email chain with attachment | 3/21/2008 | Laura Cuddy; Charles Aiesi; Eva Gallem-Scherp | Dan Spafford | Forwarded email with draft letter from B. Parker. | A/C |
| 13. | Attachment | 3/21/2008 | | | Draft letter from B. Parker | A/C |
| 14. | Email with attachment | 3/21/2008 | Laura Cuddy; Carol Moore; Eva Gallem-Scherp | Dan Spafford | Email with comments on draft letter to Saccucci Honda. | A/C |
| 15. | Attachment | 3/21/2008 | | | Draft letter from counsel to Saccucci Honda. | A/C |
| 16. | Attachment | 3/21/2008 | | | Draft letter from counsel to Saccucci Honda. | A/C |
| 17. | Email chain with attachment | 3/21/2008 | Carol Moore; Laura Cuddy; Eva Gallem-Scherp; Leslie De Vera | Dan Spafford | Email with comments on response to Saccucci solicitation letter. | A/C |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Attachment | 3/21/2008 | | | Sacucci solicitation letter | A/C |
| 2. | Email chain | 3/31/2008 | Eva Gallem-Scherp | Dan Spafford | Forwarded email from C. Moore regarding temporary restraining order. | A/C |
| 3. | Email | 3/31/2008 | Carol Moore; Don Francy; Eva Gallem-Scherp | Dan Spafford | Email to counsel regarding temporary restraining order. | A/C |
| 4. | Email chain | 3/31/2008 | Eva Gallem-Scherp | Carol Moore | Forwarded email from B. Parker re: Honda Care Enrollment Agreement. | A/C |
| 5. | Email chain | 3/31/2008 | Eva Gallem-Scherp; Leslie De Vera; Dan Spafford | Carol Moore | Forwarded email from R. Otera regarding delay of VSC Internet Policy. | A/C |
| 6. | Email chain with attachment | 3/31/2008 | Eva Gallem-Scherp | Dan Spafford | Forwarded email from C. Moore regarding state regulation of VSC internet sales. | A/C |
| 7. | Attachment | | | | CA Insurance Code section. | A/C |
| 8. | Attachment | | | | CA Dept of Insurance website printout. | A/C |
| 9. | Attachment | 2/27/2008 | Honda Care/Acura care PBA Enrolled Dealer Principals | Honda Financial Services | Memo regarding PBA Program Rule Modifications Effective 4/01/08. | A/C |
| 10. | Email chain | 2/14/2008 | Jennifer Symington; Diane Adama; Don Francy; Jim Richardson | Carol Moore | Email regarding legal reaction to VSC Internet Policy. | A/C |
| 11. | Email chain | 2/28/2008 | Michael Price; Dan Spafford; Dean Hardesty; Charles Aiesi | Don Francy | Email regarding communications and possible lawsuit. | A/C |
| 12. | Email chain with attachment | 3/12/2008 | Don Francy; Dean Hardesty | Tim Clouse | Email regarding and forwarding Saccucci solicitation letter. | A/C |
| 13. | Attachment | | | | Saccucci Solicitation letter for class action lawsuit against AHFC. | A/C |
| 14. | Email chain with attachment | 3/14/2008 | Charles Aiesi; Eva Gallem-Scherp; Dan Spafford; Don Trancy | Dean Hardesty | Email regarding and forwarding Saccucci solicitation letter. | A/C |
| 15. | Attachment | | | | Saccucci Solicitation letter for class action lawsuit against AHFC | A/C |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Email chain | 3/14/2008 | Dean Hardesty; Charles Aiesi; Don Francy; Eva Gallem-Scherp | Dan Spafford | Email chain regarding and forwarding Saccucci solicitation letter. | A/C |
| 2. | Email chain | 3/14/2008 | Dan Spafford; Charla Nunez; Charles Aiesi; Dean Hardesty | Carol Moore | Email chain regarding and forwarding Saccucci solicitation letter. | A/C |
| 3. | Memo | 00/00/2007 | | Dan Spafford | VSC situation and proposed solution to internet sales. Redacted portion of HONDA000878 reflects legal strategy and attorney advice. | A/C |
| 4. | Memo | 1/15/2008 | | Bruce Parker | Draft by counsel of Honda VSC Internet Policy & Guidelines. | A/C |
| 5. | Memo | 00/00/2007 | | Dan Spafford | VSC situation and proposed solution to internet sales. Redacted portion of HONDA000999 reflects legal strategy and attorney advice. | A/C |
| 6. | Memo | 00/00/2007 | | Dan Spafford | VSC situation and proposed solution to internet sales. Redacted portion of HONDA001001 reflects legal strategy and attorney advice. | A/C |
| 7. | Memo | 00/00/2007 | | Dan Spafford | VSC situation and proposed solution to internet sales. Redacted portion of HONDA001003 reflects legal strategy and attorney advice. | A/C |
| 8. | Memo | 00/00/2007 | | Dan Spafford | VSC situation and proposed solution to internet sales. Redacted portion of HONDA001005 reflects legal strategy and attorney advice. | A/C |
| 9. | Memo | 00/00/2007 | | Dan Spafford | VSC situation and proposed solution to internet sales. Redacted portion of HONDA001007 reflects legal strategy and attorney advice. | A/C |
| 10. | Memo | 00/00/2007 | | Dan Spafford | VSC situation and proposed solution to internet sales. Redacted portion of HONDA00109 reflects legal strategy and attorney advice. | A/C |

Saccucci Lincoln-Mercury, Inc. v. American Honda Motor Company, et al.
Honda's Privilege Log

| | Doctype | Date | Recipients | Author | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1. | Memo | | | Bruce Parker | Draft by counsel of Honda VSC Internet Policy & Guidelines. | A/C |
| 2. | Memo | | | Bruce Parker | Draft by counsel of Honda VSC Internet Policy & Guidelines. | A/C |
| 3. | Redacted Power Point presentation | | | Dan Spafford | VSC Sales on the Internet. Redacted portion of HONDA001038 reflects legal strategy and attorney advice. | A/C |
| 4. | Email chain | 6/13/2007 | Kevin Peabody; Bob Wilkinson | Dean Hardesty | Email chain including forwarded email from C. Moore regarding search engines and VSCs. | A/C |
| 5. | Redacted e-mail chain | 3/9/2007 | Robert Wilkinson | Dean Hardesty | | A/C |