"Shortley, Paul" <Paul.Shortley@nsi1919.com>

02/05/2008 07:46 PM

To <Eva_Gallem-Scherp@ahm.honda.com>

cc

bcc

Subject RE: VSC Internet Sales Activity by Dealer for CY2007

History: This message has been replied to.

Eva, I am looking into this for you.

-----Original Message-----
From: Eva_Gallem-Scherp@ahm.honda.com
[mailto:Eva_Gallem-Scherp@ahm.honda.com]
Sent: Monday, February 04, 2008 1:51 PM
To: Shortley, Paul
Cc: Dan_Spafford@ahm.honda.com
Subject: Fw: VSC Internet Sales Activity by Dealer for CY2007

Paul,
below is a unique scenario where the VSC rates are being posted in a chatroom.
Can this item be included in a list of searches when monitoring starts. It
may have to be addressed specifically with this dealer.

Also, our region advised us that Paragon Honda which was among the 11 dealers with internet activity in CY2007, was not selling over the internet.

Regards,
eva

Eva Gallem-Scherp
Assistant Manager
Sales and Marketing
Consumer Assurance Products and Services
American Honda Finance Corporation
(800) 233-2884, ext. 62615

----- Forwarded by Eva Gallem-Scherp/AHM/AM/HONDA on 02/04/2008 01:47 PM -----

John Johnston/AHM/AM/HONDA

02/04/2008 01:39 PM

To Eva Gallem-Scherp/AHM/AM/HONDA@HONDAAM

cc

Carol Moore/HNA/AM/HONDA@HONDAAM,

Dan Spafford/AHM/AM/HONDA@HONDAAM

Subject

by

Re: VSC Internet Sales Activity

Dealer for CY2007(Document link:

Eva Gallem-Scherp)

Eva -

In this paricular case (Odyclub.com), the F&I Mgr from one of our stores (Mike Pruitt Honda) was the one who put the post in the chatroom. I think
he goes by "HondaWarranytyGuy". That's why I asked.

Thanks for your help.

John M. Johnston
Business Development Manager
Midwest Region
Direct: (847) 783-4146
Cell: (773) 860-8703
Fax: (310) 618-6764

Eva

Gallem-Scherp/AHM

REDACTED

/AM/HONDA
To
Johnston/AHM/AM/HONDA@HONDAAM
02/04/2008 03:28
cc
PM
Spafford/AHM/AM/HONDA@HONDAAM,

Subject
by

John

Dan

Carol Moore/HNA/AM/HONDA@HONDAAM

Re: VSC Internet Sales Activity
Dealer for CY2007(Document link:
John Johnston)

Hi John,
likewise!

Our policy does not address the scenario you outlined. We may control our
dealers to a certain extent, but what the customers post is not in our realm of influence.

If a customer refers to an old posting, they may understand that rules change and that pricing may no longer be applicable.
If this particular posting proves damaging to our brands, then there may be
legal ways to cure the issue.

Thanks for bringing this to our attention.

Regards,
eva

Eva Gallem-Scherp
Assistant Manager
Sales and Marketing
Consumer Assurance Products and Services
American Honda Finance Corporation
(800) 233-2884, ext. 62615

John

Johnston/AHM/AM/H

ONDA

To

Eva

02/04/2008 12:58

Gallem-Scherp/AHM/AM/HONDA@HONDAAM

PM

cc

Dan Spafford/AHM/AM/HONDA@HONDAAM

Subject

by

Re: VSC Internet Sales Activity

Dealer for CY2007(Document link:

Eva Gallem-Scherp)

Eva-

Good seeing you last week. I have a question about the new VSC Policy. What do we do if someone is advertising Honda Warranties in a chatroom forum like "Odyclub.com"? These chatroom posts are archived for at least 2
years. What's to prevent someone going on-line to find a previous post where someone had listed all the prices of the HondaCare? The person listed this over 2 years ago (let's say as an example) and there wasn't a
policy against it at that time. However, the dealer who listed it can't go
in and change the original post because its not his website, its a chatroom
post that belongs to "edmonds.com" or "odyclub.com".

I'm assuming we can send a letter to the owner of the website to delete

the
post and comply with our cease and desist policy. And, I'm assuming we
can
also find out which dealer it is and make sure he knows if he sells a
HondaCare VSC by virtue of this old chatroom posting, he's in violation
of
our policy. Is that correct?

I just wanted to be sure we know that some of the ways in which dealers
are
selling VSCs on the internet are out of their control because they
posted
the prices in a chatroom post and that information is kept
forever....all
someone needs to do is perform a search on it in Edmonds.com or
Odyclub.com
and it'll come right up. I hope the lawyers know about this instance
and
we are prepared to take action by talking to these independent websites
that aren't controlled by the dealer.

Regards,

John M. Johnston
Business Development Manager
Midwest Region
Direct: (847) 783-4146
Cell: (773) 860-8703
Fax: (310) 618-6764

Eva

Gallem-Scherp/AHM

/AM/HONDA

To

Jim Anders/AHM/AM/HONDA@HONDAAM,

02/01/2008 08:24
PM

Doug
Newhoff/AHM/AM/HONDA@HONDAAM,

Randy
Groves/AHM/AM/HONDA@HONDAAM,

Don Francy/AHM/AM/HONDA@HONDAAM,

Ferrell
Kemp/AHM/AM/HONDA@HONDAAM,

George Lyon/AHM/AM/HONDA@HONDAAM,

Jeff L
Williams/AHM/AM/HONDA@HONDAAM,

James
Stevens/AHM/AM/HONDA@HONDAAM,

Nicholas
Cavallo/AHM/AM/HONDA@HONDAAM, Joe
Ryan/AHM/AM/HONDA@HONDAAM, Kariem
Hasnain/AHM/AM/HONDA@HONDAAM, Dean
Hardesty/AHM/AM/HONDA@HONDAAM, John
Johnston/AHM/AM/HONDA@HONDAAM, Dan
Looney/AHM/AM/HONDA@HONDAAM, Wade
Rouse/AHM/AM/HONDA@HONDAAM, Michael
Price/AHM/AM/HONDA@HONDAAM

cc

Jeff
Schneider/AHM/AM/HONDA@HONDAAM,
Charles
Aiesi/AHM/AM/HONDA@HONDAAM, Dan
Spafford/AHM/AM/HONDA@HONDAAM, Jim
Richardson/AHM/AM/HONDA@HONDAAM,
Carol Moore/HNA/AM/HONDA@HONDAAM,
Nancy Shao/AHM/AM/HONDA@HONDAAM,
Leslie De
Vera/AHM/AM/HONDA@HONDAAM

Subject

VSC Internet Sales Activity by
Dealer for CY2007

As promised, here is a summary of the VSC Internet sales activities for CY2007:
This is the list of dealers directly impacted by the New VSC Internet Sales
Policy that will be effective April 1.

After further internal discussions, the date for the advance announcement
was moved to February 14,
to allow the impacted regions ample time to pay personal visits to these dealers, prior to the official announcement being made.

(Embedded image moved to file: pic30270.jpg)

The assumed internet sales amount to approx. 1.5% of total Honda and Acura
Care volume.

Attached are more details.
[attachment "11 Internet dlrs v.xls" deleted by John Johnston/AHM/AM/HONDA]

Regards,
eva

Eva Gallem-Scherp
Assistant Manager
Sales and Marketing
Consumer Assurance Products and Services
American Honda Finance Corporation
(800) 233-2884, ext. 62615