**Sherri Green/AHM/AM/HONDA**
10/08/2007 04:44 PM

To Eva Gallem-Scherp/AHM/AM/HONDA@HONDAAM
cc
bcc
Subject Fw: Dealer Selling Honda Care Through The Internet

Sherri Green
Assistant Manager
Marketing and Communications
Honda Financial Services
310.972.2616

----- Forwarded by Sherri Green/AHM/AM/HONDA on 10/08/2007 01:44 PM -----

**Jennifer Symington/AHM/AM/HONDA**
08/25/2006 03:57 PM

To Sherri Green/AHM/AM/HONDA@HONDAAM
cc Bud Gregory/AHM/AM/HONDA@HONDAAM, Doug Newhoff/AHM/AM/HONDA@HONDAAM, Joe Ryan/AHM/AM/HONDA@HONDAAM, Jonathan Payne/AHM/AM/HONDA@HONDAAM, Don Francy/AHM/AM/HONDA@HONDAAM
Subject Re: Dealer Selling Honda Care Through The Internet

Hello to all-

Jonathan Payne and I have been talking a lot about the issue of on-line VSC sales. The most important thing to know that is it is an acceptable practice. That being said, we have some concern when dealerships represent themselves as though they were the factory, the sole factory source, etc. We've undertaken some legal actions to solve these problems in the past.

What we generally do is ask the AHFC RM to discuss the concern with the AHM Zone Manager. Then the ZM works with the dealership to change the web name. If the store cooperates, all is good and we'll have AHM eBusiness lock up the web name in perpetuity (my cost center absorbs that cost).

Thanks.
Jennifer
Sherri Green/AHM/AM/HONDA

**Sherri Green/AHM/AM/HONDA**
08/14/2006 01:05 PM

To Jennifer Symington/AHM/AM/HONDA@HONDAAM
cc Bud Gregory/AHM/AM/HONDA@HONDAAM, Joe Ryan/AHM/AM/HONDA@HONDAAM, Doug Newhoff/AHM/AM/HONDA@HONDAAM, Jonathan

**REDACTED**

Payne/AHM/AM/HONDA@HONDAAM
Subject Dealer Selling Honda Care Through The Internet

Jennifer,

Sherri Green
Assistant Manager
Marketing and Communications
Honda Financial Services
310.972.2616

----- Forwarded by Sherri Green/AHM/AM/HONDA on 08/14/2006 01:03 PM -----

**Bud Gregory/AHM/AM/HONDA**
08/14/2006 08:27 AM

To Sherri Green/AHM/AM/HONDA@HONDAAM
cc Joe Ryan/AHM/AM/HONDA@HONDAAM, Doug Newhoff/AHM/AM/HONDA@HONDAAM
Subject

Good morning Sherri, I just received a call from one of my stores. He lost 2 VSC sales to this new web site that is out there. Some Honda store in Rhode Island.
When you open it up, click on "buy now"

www.myhondawarranty.com

Any questions let me know,

Bud

**REDACTED**