SACCUCCI
LINCOLN•MERCURY•HONDA

gardiner reynolds <gardiner@saccucci.com>

# [Fwd: Fw: Dealer Selling Honda Care Through The Internet]

2 messages

**Gardiner Reynolds <gardiner@saccucci.com>** **Fri, Sep 22, 2006 at 2:41 PM**
To: mike greulich <mgreul@gmail.com>

You need to be the muscle in Vegas. -G

-------- Original Message --------
**Subject:** Fw: Dealer Selling Honda Care Through The Internet
**Date:** Fri, 22 Sep 2006 15:23:30 -0400
**From:** Robert_Wilkinson@ahm.honda.com
**To:** Gardiner Reynolds <gardiner@saccucci.com>

```
Here you go.............
Robert G. Wilkinson Jr.
Dealer Relations Manager
Boston Regional Branch
Cell 508-450-5842
----- Forwarded by Robert Wilkinson/AHM/AM/HONDA on 09/22/2006 03:22 PM
-----
Dan
Spafford/AHM/AM/H
ONDA To
Jennifer
09/19/2006 05:35 Symington/AHM/AM/HONDA@HONDAAM
PM cc
Bud Gregory/AHM/AM/HONDA@HONDAAM,
David Hendley/AHM/AM/HONDA@HONDAAM,
Dean Hardesty/AHM/AM/HONDA@HONDAAM,
Don Francy/AHM/AM/HONDA@HONDAAM,
Doug Newhoff/AHM/AM/HONDA@HONDAAM,
Joe Ryan/AHM/AM/HONDA@HONDAAM,
Jonathan
Payne/AHM/AM/HONDA@HONDAAM, Robert
Wilkinson/AHM/AM/HONDA@HONDAAM,
Sherri Green/AHM/AM/HONDA@HONDAAM
Subject
Re: Dealer Selling Honda Care
Through The Internet(Document link:
Robert Wilkinson)
Ditto and would be happy to meet with Mr. Reynolds.
Dan Spafford, National Sales Support Manager
Honda Financial Services
20800 Madrona Ave., Torrance, Ca. 90503
Office Phone 310-972-2634
Jennifer
Symington/AHM/AM/
HONDA To
Don Francy/AHM/AM/HONDA@HONDAAM
09/19/2006 12:52 cc
PM Bud Gregory/AHM/AM/HONDA@HONDAAM,
Dan Spafford/AHM/AM/HONDA@HONDAAM,
David Hendley/AHM/AM/HONDA@HONDAAM,
Dean Hardesty/AHM/AM/HONDA@HONDAAM,
Doug Newhoff/AHM/AM/HONDA@HONDAAM,
Joe Ryan/AHM/AM/HONDA@HONDAAM,
Jonathan
Payne/AHM/AM/HONDA@HONDAAM, Robert
Wilkinson/AHM/AM/HONDA@HONDAAM,
Sherri Green/AHM/AM/HONDA@HONDAAM
Subject
Re: Dealer Selling Honda Care
Through The Internet(Document link:
Dan Spafford)
I agree with Don's assessment and course of action. I'm going to close my
follow-up file. Thanks.
Jennifer
Jennifer W. Symington
Manager, Procedures & Regulations
Honda Financial Services
20800 Madrona Avenue
Torrance, CA 90503
(310) 972-2804
Don
```

Francy/AHM/AM/HO
NDA To
Jennifer
09/19/2006 12:13 Symington/AHM/AM/HONDA@HONDAAM,
PM David Hendley/AHM/AM/HONDA@HONDAAM,
Dan Spafford/AHM/AM/HONDA@HONDAAM
cc
Bud Gregory/AHM/AM/HONDA@HONDAAM,
Doug Newhoff/AHM/AM/HONDA@HONDAAM,
Joe Ryan/AHM/AM/HONDA@HONDAAM,
Jonathan Payne/AHM/AM/HONDA@HONDAAM,
Sherri Green/AHM/AM/HONDA@HONDAAM,
Robert
Wilkinson/AHM/AM/HONDA@HONDAAM, Dean
Hardesty/AHM/AM/HONDA@HONDAAM
Subject
Re: Dealer Selling Honda Care
Through The Internet(Document link:
Jennifer Symington)

Here is an update on the Saccucci internet issue. Our DRM, Bob Wilkinson, has had an ongoing dialogue with their internet manager, Gardener Reynolds. Mr Reynolds is the son/grandson/nephew of the three owners and is active in the dealership. Bob has discussed several complaints received from other districts regarding the verbiage on the site and Mr Reynolds has made adjustments to address the complaints but the Saccuccis feel the site is an integral aspect of their operation. We do not see them taking the site down without a fight, which HNA has indicated they do not wish to pursue. If there are specific complaints regarding their business practices it appears we can get cooperation and I suggest we handle future inquiries regarding Saccucci in this manner. I've discussed the matter with the HZ9 ZSM, David Hendley, and he concurs. Unless HNA is willing to pursue the matter we should not pick a fight we have no commitment to winning. On another note, Mr Reynolds is hoping to meet with Dan Spafford at the Honda Show next week as he wants to discuss his business approach and is looking for advice.

Don Francy

Jennifer
Symington/AHM/AM
/HONDA To
Sherri Green/AHM/AM/HONDA@HONDAAM
08/25/2006 06:57 cc
PM Bud Gregory/AHM/AM/HONDA@HONDAAM,
Doug Newhoff/AHM/AM/HONDA@HONDAAM,
Joe Ryan/AHM/AM/HONDA@HONDAAM,
Jonathan Payne/AHM/AM/HONDA@HONDAAM,
Don Francy/AHM/AM/HONDA@HONDAAM
Subject
Re: Dealer Selling Honda Care
Through The Internet(Document link:
Don Francy)

Hello to all-

Jonathan Payne and I have been talking a lot about the issue of on-line VSC sales. The most important thing to know that is it is an acceptable practice. That being said, we have some concern when dealerships represent themselves as though they were the factory, the sole factory source, etc. We've undertaken some legal actions to solve these problems in the past.

I think the web name used by Saccucci (listed below) is problematic and will review it with HNA Law. What we generally do is ask the AHFC RM to discuss the concern with the AHM Zone Manager. Then the ZM works with the dealership to change the web name. If the store cooperates, all is good and we'll have AHM eBusiness lock up the web name in perpetuity (my cost center absorbs that cost).

If the dealership refuses to cooperate, we begin a legal process starting with a cease and desist letter and moving toward a lawsuit if necessary. In the case of the specific example below, I'll begin work with HNA Law next week. Please be aware that it's a very slow process.

Thanks.

Jennifer

Sherri
Green/AHM/AM/HON
DA To
Jennifer
08/14/2006 01:05 Symington/AHM/AM/HONDA@HONDAAM
PM cc
Bud Gregory/AHM/AM/HONDA@HONDAAM,
Joe Ryan/AHM/AM/HONDA@HONDAAM, Doug
Newhoff/AHM/AM/HONDA@HONDAAM,
Jonathan Payne/AHM/AM/HONDA@HONDAAM
Subject
Dealer Selling Honda Care Through
The Internet

Jennifer,

Are there any legal issues with this dealer selling Honda Care on the web?
Do you still look at each on a case-by-case basis?

Sherri Green
Assistant Manager
Marketing and Communications
Honda Financial Services

310.972.2616
----- Forwarded by Sherri Green/AHM/AM/HONDA on 08/14/2006 01:03 PM -----
Bud
Gregory/AHM/AM/H
ONDA To
Sherri Green/AHM/AM/HONDA@HONDAAM
08/14/2006 08:27 cc
AM Joe Ryan/AHM/AM/HONDA@HONDAAM, Doug
Newhoff/AHM/AM/HONDA@HONDAAM
Subject
Good morning Sherri, I just received a call from one of my stores. He lost 2 VSC sales to this new web site that is out there. Some Honda store in Rhode Island.
When you open it up, click on "buy now"
www.myhondawarranty.com
Any questions let me know,
Bud

--
Gardiner Reynolds
Internet Sales Manager
Saccucci Honda HondaPartsDeals.com
401-847-4737

---

**mike greulich <mgreul@gmail.com>** **Fri, Sep 22, 2006 at 2:54 PM**
To: Gardiner Reynolds <gardiner@saccucci.com>

haha you've created quite a little stir among honda.

Sounds like all the dealers are crying cause they can't keep up.

[Quoted text hidden]

---



SAC 03347