# KLUFT AFFIDAVIT – EXHIBIT A

**Kluft, David**

---

**Subject:** FW: Privilege Log Questions

**From:** Kluft, David
**Sent:** Wednesday, July 16, 2008 10:09 AM
**To:** 'Ramos, Adam'
**Cc:** Keating, Michael; 'Millsom, Geoffrey'; Wicker, Carrie; McKane, Margaret
**Subject:** RE: Privilege Log Questions

Adam/Geoff,

Following up on items 1 and 6 below. The reports Adam inquired about were apparently not produced by Honda, but by SPP. In addition, there are no surveys conducted by Honda that would be responsive to your requests #9 and #14.

---

**From:** Kluft, David
**Sent:** Tuesday, July 15, 2008 2:06 PM
**To:** 'Ramos, Adam'
**Cc:** Keating, Michael; Millsom, Geoffrey; Wicker, Carrie; McKane, Margaret
**Subject:** RE: Privilege Log Questions

Adam,

I'm writing to let you know where we are with your remaining discovery questions:

1. In terms of your recent request for the Dealer reports, we have forwarded that request to our client, as I discussed with Geoff earlier over the phone.

2. We will be producing an unredacted version of Honda000412.

3. We will not be producing the material related to Paul Shortley that appears on our privilege log.

4. With regard to the materials on the privilege log whose "To" and "From" fields don't include an attorney, we will be producing the material you indicated, some of it in redacted form. The one exception is the last document (item #5 on page 13), in which Dean Hardesty is forwarding to Bob Wilkinson legal advice about trademark-related issues from Laura Cuddy, Esq. (I apologize that this item did not contain a description on the log).

5. We have inquired as to whether NSI had a list of websites. We will produce a document that was in Honda's possession which is somewhat related to that request.

6. I will get back to you shortly about document requests # 9 and # 14.

7. As to document requests #11 and #12, we are maintaining our objections. As to #12 specifically, we appreciate that you have clarified that request as an attempt to paraphrase paragraph # 8 of Dan Spafford's affidavit. Mr. Spafford will be available to explain the basis for that paragraph to you at his deposition. However, we are not responding further to the request as written, for the reasons we have already explained.

---

**From:** Ramos, Adam [mailto:aramos@apslaw.com]
**Sent:** Friday, July 11, 2008 5:03 PM
**To:** Kluft, David
**Cc:** Keating, Michael; Millsom, Geoffrey; Wicker, Carrie
**Subject:** RE: Privilege Log Questions

David,

It was a pleasure meeting you over the last two days.

Attached to this e-mail are TIFs of the two e-mails that we discussed earlier that the Saccuccis had, but that Honda produced in redacted form. It was my recollection that we would produce the copies of the e-mails in the Saccuccis possession as a supplemental response to Honda's RFP. Accordingly, here they are. It is also my recollection that Honda would produce unredacted versions of the e-mails so that we would have versions with a Honda bates number on them. Please let me know when we can expect to receive those.

Also, I intended to follow-up with you at the conclusion of the depositions today about the outstanding questions we had with respect to the privilege log, but the depositions concluded sooner than I expected. With respect to the privileged nature of the e-mails that were shared with Paul Shortley and whether any responsive documents exist as to Requests for Production 9, 11, 12, and 14 we believe that these are issues on which we really need to push back. Please let us know whether you think further discussions are warranted on these items. We don't want to wait too long before deciding whether to bring a motion to compel, as even though the time frame for this case has been lengthened, it is still relatively short. However, we are more then willing to confer with you further as to the discoverability of these materials.

Thanks, and have a great weekend.

Sincerely,

Adam M. Ramos, Esq.

---

**From:** Ramos, Adam [mailto:aramos@apslaw.com]
**Sent:** Tuesday, July 01, 2008 10:46 AM
**To:** Kluft, David; Millsom, Geoffrey
**Cc:** Keating, Michael
**Subject:** RE: Privilege Log Questions

David,

Thank you for your responses on those issues. As follow up to our call yesterday, this is my understanding as to the outstanding issues that still require attention:

(1) Follow up on whether Dave Hampton, Diane Adama, Michael Price and Kevin Peabody are Honda employees;
(2) Follow up on whether you maintain that documents for which Paul Shortley was a recipient/author were privileged, specifically:
  Page 8, docs. 6-13
  Page 9, doc. 12
  Page 10, doc. 4
(3) Follow up on why certain e-mails are marked as a/c privilege despite the fact that no counsel is listed as a recipient or author, specifically:
  Page 9, docs. 4-5, 10
  Page 11, docs. 14-15 (last two)
  Page 13, doc. 5 (last one)
(4) Follow up on whether NSI created a list of websites that sold VSCs over the internet to be monitored that would be responsive to Interrogatory No. 16.
(5) Follow up to check whether there are any responsive documents that have been withheld that are responsive to Request Nos. 9, 11, 12, and 14.

Thanks for following up on these issues. Let me know when you think you will be able to get back to me on these. Thanks again for your clarification on the issues that have already been addressed.

Sincerely,

Adam M. Ramos, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

E-Mail aramos@apslaw.com
Phone 401.274.7200
Fax 401.751.0604
Visit our website at www.apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
*************************************************

-----Original Message-----
**From:** Kluft, David [mailto:DKluft@foleyhoag.com]
**Sent:** Monday, June 30, 2008 8:22 PM
**To:** Millsom, Geoffrey
**Cc:** Ramos, Adam; Keating, Michael
**Subject:** Privilege Log Questions

Geoff/Adam,

A couple of your questions I can answer right away, just to get them out of the way:

1. The redacted document referred to at the bottom of page 8 of the log is Honda01447.

2. The document at the top of page 12 should not have been on the log. It was produced as HONDA01451.

3. The redacted document referred to at the bottom of page 12 is indeed HONDA001009 (not HONDA000109, as written).

Also, I believe the document you referred to that you said you'd like us to unredact is Honda00412. Let me know if this is incorrect. I will wait to see the copy you said you would send, but I think we would take the position that, irrespective of the privilege/redaction issues, this document is responsive to our request #6, which sought "All document regarding the sale of VSC's or other vehicle service contracts over the internet...". Please let us know your thoughts on this.

Dave Kluft
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617)832-3092
fax (617)832-7000