# KLUFT AFFIDAVIT – EXHIBIT B

**BUSINESS CALENDAR**

STATE OF RHODE ISLAND
PROVIDENCE SC.

SUPERIOR COURT

SACCUCCI LINCOLN MERCURY INC.,
d/b/a SACCUCCI HONDA,

Plaintiff,

v.

C.A. No.

AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES,

Defendants.

AFFIDAVIT OF DANIEL P. SPAFFORD I,

Daniel P. Spafford, depose and say as follows:

1. I am the Manager, Consumer Assurance Products and Services at American Honda Finance Corporation ("AHFC"). I make this affidavit in support of Defendants' Opposition to Motion for Temporary Restraining Order. Unless otherwise stated (in which case I rely on information and belief of the sort known to persons in my position), I make this affidavit based on personal knowledge.

2. American Honda Motor Co., Inc ("AHM") is the exclusive U.S. distributor of Honda and Acura brand vehicles, which are sold through over 1,027 Honda dealers and 269 Acura dealers (collectively, "AHM Dealers") throughout the United States. Pursuant to the Honda Automobile Dealer Sales and Service Agreement (the "Dealer Agreement," a copy of which is attached hereto as Exhibit A, each Honda dealer agrees, among other things, "to effectively promote and sell, at retail to the end user, Honda Products (with the exception of Honda-authorized service contracts, as set forth below), and to promote and render service to the end user." Dealer Agreement, § 12.1. (The Acura Automobile Dealer Sales and Service Agreement includes identical language, except that "Acura" is substituted for "Honda.") Authorized Honda and Acura vehicle service contracts ("AHM VSCs") are sold by AHM dealers on behalf of AHM under the service marks HONDA CARE and ACURA CARE pursuant to a program administered by AHM's subsidiary AHFC. AHM VSCs are different from Honda and Acura vehicles and parts in several respects. First, although only authorized AHM dealers sell AHM VSCs, unlike the tangible products, the AHM dealer never takes title to the AHM VSCs and the

actual AHM VSC contract is between AHM and the consumer. Equally important, Honda dealers are not obligated to promote AHM VSCs and in fact many Honda dealers offer competitive vehicle service contracts at their dealerships. Pursuant to the Dealer Agreement, "Dealer shall offer Honda-authorized service contracts for sale to customers, such that they are available for purchase *upon a customer's request.*" Dealer Agreement, § 12.1 (emphasis supplied).

3. All Honda dealers who sell Honda VSCs execute a "Honda Care Honda Dealer Enrollment and Participation Agreement, a copy of which is appended hereto as Exhibit B (the "Honda Care Agreement"). Section 11 of the Honda Care Agreement states as follows:

> Dealer agrees that it will not make reference to the Honda Care Program in radio, television, Internet/World Wide Web or print advertisements **without obtaining the prior written consent of American Honda.** Dealer agrees that the term "Honda Care" is the exclusive property of American Honda and that Dealer is granted the nonexclusive right and license to use and display such term at the Dealership Premises only. Dealer agrees that it will promptly discontinue the use of the term "Honda Care" or change the manner in which such term is used when requested to do so by American Honda. (Bold type in the original.)

Acura dealers who sell Acura VSC's execute a substantially identical Acura Care agreement.

4. In the fall and winter of 2007, persons at AHFC and AHM, myself included, became aware of market conditions that threatened to result in an increasing number of AHM dealers abandoning promotion of AHM VSCs in favor of competing brands. For example, members of the Honda National Dealer Advisory Board (which is a representative group of Honda dealership owners elected by Honda dealers nationwide) reported to AHM and AHFC that Honda dealers that sell AHM VSCs from their local dealership premises were complaining that they could not compete with Honda dealers who were Internet sellers of AHM VSCs. The AHM dealers who sell AHM VSCs from their dealership premises vastly outnumber those that sell AHM VSCs over the Internet. As a result of information such as that received from the Honda National Dealer Advisory Board and based on our understanding of the manner in which AHM VSCs and competing VSCs are sold by AHM dealers, AHM and AHFC concluded that Internet selling of AHM VSCs, if allowed to continue in the present mode, would result in dealer abandonment of AHM VSCs in favor of competing vehicle service contracts by dealers who sell vehicle service contracts from their dealer premises and, over time, a decrease in the total number of AHM VSCs being sold. Although AHM and AHFC understood that curtailing Internet sales would result hi the loss of sales of AHM VSCs to certain customers who prefer to purchase over the Internet, AHM and AHFC concluded that, from an overall nationwide standpoint, promotion of AHM VSCs by the local dealer network is essential to maximizing sales of AHM VSCs and is important to AHM's overall brand strategy.

5. Neither AHM nor AHFC has ever controlled the price at which AHM dealers can sell AHM VSCs. hi fact, the VSC Internet Policy states as follows: "Note: Nothing in this policy is intended to set, control or regulate the price at which a Dealer may resell an AHM VSC. Subject to state laws and regulations, Dealers remain free in their sole discretion to set the price at which they sell AHM VSCs."

6. Although neither AHM nor AHFC monitors the price at which AHM dealers sell AHM VSCs, it is not disputed that Internet dealers may sell the AHM VSCs at a lower price than most, if not all, "brick and mortar" dealers and that "brick and mortar" dealers have complained to the National Dealer Advisory Board about Internet pricing. On information and belief, Internet dealers have lower overhead than "brick and mortar" dealers because they primarily rely on low-cost and impersonal Internet communications to sell VSCs rather than on one-to-one personal sales conducted from relatively costly "brick and mortar" premises.

7. One factor in the decision to ban Internet sales of AHM VSCs was the conclusion that, if "brick and mortar" VSC dealers believe that they cannot compete effectively on price with Internet VSC sellers or that they cannot make a reasonable profit on AHM VSCs at "Internet prices," or that they can make a higher profit on competing vehicle service contracts, a substantial number of AHM dealers who have been selling AHM VSCs from their premises will abandon the promotion of AHM VSCs in favor of competing VSCs.

8. AHM and AHFC believe that dealers aggressively promoting AHM VSCs at the time that the new Honda vehicle is sold will maximize the number of AHM VSCs sold, and will also maximize the customer's satisfaction with his or her VSC purchase, because at present, for most (although certainly not all) consumers, personal one-on-one sales techniques are the most effective way of distinguishing AHM VSCs from competing vehicle service contracts.

9. Maximizing the sale of AHM VSCs has important ancillary effects on the overall Honda brand image. When a customer purchases a AHM VSC, if repairs are necessary, the customer is assured that the dealer repairing the vehicle will use genuine Honda parts. Use of genuine Honda parts increases the life, reliability, resale value and ultimately the brand image of Honda vehicles, which are famous for their reliability. In contrast, competitive vehicle service contracts may permit the use of inferior parts. If such non-Honda parts fail and/or do damage to other components of the Honda vehicle, consumers may believe that the problem arose with the Honda vehicle.

10. In response to these concerns, on February 14,2008, AHM notified its dealers that effective April 1,2008 it would no longer permit Internet sales of AHM VSCs. See Honda Care® and Acura Care Vehicle Service Contract Internet Policy & Guidelines, attached hereto as Exhibit C (the "VSC Internet Policy").

11. As of the date of this affidavit, the VSC Internet Policy has been well received by the vast majority of the dealer body. Although AHM dealers have had since February 14, 2008 to do so, no AHM dealer other than Saccucci Honda has formally opposed the implementation of the Internet Policy on April 1, 2008.

12. AHM believes that, in the absence of the VSC Internet Policy, promotion of AHM VSCs will no longer be promoted vigorously by the vast majority of AHM dealers who sell vehicle service contracts from their dealership premises. Such decline in promotion of AHM VSCs will likely result in a decline in sales of AHM VSCs as an increasing number of AHM dealers promote competing vehicle service contracts. For the reasons stated above, this decline will have a deleterious on the sales and brand image of AHM VSCs and could have a negative effect on

the Honda and Acura brands in general and on consumers who purchase Honda and Acura vehicles.

13. Based on company records that I have reviewed, Saccucci Honda has sold at least one Honda VSC to a Honda vehicle owner residing in the State of California,

Sworn under pains and penalties of ury this 27th day of March, 2008. perj

Daniel P. Spafford