UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SACCUCCI AUTO GROUP, INC., formerly known as SACCUCCI LINCOLN-MERCURY, INC., d/b/a SACCUCCI HONDA,

Plaintiff,

v.

AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES,

Defendants.

C.A. No. 08-121-S

**AFFIDAVIT OF CAROL J. MOORE, ESQ.**

I, Carol J. Moore, Esq., of Honda North America, Inc. ("HNA") do depose and state the following under oath:

1. I am Senior Finance Counsel at HNA. My office is located at 20800 Madrona Ave., Torrance, California. HNA is a corporate affiliate of the defendants in the above-captioned matter, American Honda Motor Co. Inc. ("AHM") and American Honda Finance Corporation ("AHFC") (collectively "Honda"). I submit this affidavit in opposition to Saccucci Auto Group Inc.'s ("Saccucci's") Motion to Compel.

2. I was a member of the team which developed the policy regarding the internet sales of Vehicle Service Contracts ("VSCs") which is at issue in this matter. I have personal knowledge of how the policy was developed and the roles of the other persons who worked on the project. I was a participant in all but one of the disputed communications involving Paul Shortley, the production of which Saccucci seeks to compel.

3. Mr. Shortley works for a Company called The National System, Inc. ("NSI"), a consulting firm that specializes in, among other things, advertising compliance programs.

4. Prior to development of the internet VSC policy, NSI had already been employed by AHM in a continuous capacity for approximately 10 years. NSI acted as Honda's agent in monitoring AHM's Dealer Marketing Allowance ("DMA") program. The DMA is a program whereby, if a dealer follows a set of rules regarding how Honda products are advertised, Honda allows the dealer continued access to certain advertising funds. NSI helped launch those rules in 1998 and, because Honda did not have the capability in-house to monitor compliance with the rules, NSI has performed the monitoring function for the DMA program ever since. This includes monitoring of internet advertising.

5. When AHFC decided to institute an internet policy pertaining to the sale of VSCs, members of the team tasked with developing the policy contacted other Honda companies and divisions to determine what resources and information already existed regarding internet sales and compliance. We were informed by managers at AHM about NSI's role in the DMA compliance program, and we were encouraged to contact Mr. Shortley.

6. In November, 2007, AHFC engaged NSI to help develop a new internet VSC policy. NSI was hired because of its expertise generally, but more specifically because of its intimate knowledge of Honda's DMA compliance program. In fact, with regard to certain aspects of the DMA program that had been administered by NSI, we deemed Mr. Shortley the person best-equipped to educate us about AHM's compliance experience.

7. AHFC recognized that it would be more efficient to piggyback compliance efforts for the VSC internet policy on to the monitoring already being conducted by NSI for the DMA program, rather than spending the resources to develop that capacity in-house.

8. Mr. Shortley was incorporated into the VSC internet policy team. This team included Honda attorneys, Honda employees and Bruce Parker, Esq., an outside attorney from Foley Hoag LLP who has consulted with Honda on legal issues for many years. Attached

as **Exhibit A** are excerpts from an internal power point presentation, created approximately in January, 2008, which lists the members of the team. Mr. Shortley was generally considered to be just another member of the team. For example, Attached as **Exhibit B** is an e-mail concerning the policy development in which Mr. Shortley is referred to without distinction among the employee team members.

9. As a member of the policy team, Mr. Shortley contributed many suggestions and at various times drafted proposed versions of the policy rules. Attached as **Exhibit C** is an early example of some of Mr. Shortley's proposals.

10. In addition to helping to develop the rules, NSI's role also involved long-term compliance monitoring and training. Attached as **Exhibit D** is a December, 2007 proposal by Mr. Shortley describing NSI's role. Attached as **Exhibit E** is a power point training presentation developed by Mr. Shortley, which also explains NSI's long-term monitoring and compliance role. As this presentation demonstrates, part of NSI's role was also to answer dealer questions about Honda's policy on behalf of Honda.

11. Because the VSC policy was developed in collaboration with attorneys, at times it was necessary for Mr. Shortley to communicate with those attorneys so that the development and enforcement of the policy comported with our view of the law. The documents sought by Saccucci in the present motion are examples of such communications.

12. NSI had been working as an integral part of Honda's compliance monitoring efforts for approximately a decade, and Mr. Shortley was an integral member of the VSC policy team. We considered our communications with him to be confidential.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2008 at Torrance, California.

Carol J. Moore

Carol J. Moore

CERTIFICATE OF SERVICE

To: Geoff Millsom
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443

I hereby certify that I served the foregoing through the ECF system on August 4, 2008, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case C.A. No. 08-121-S and by first class mail, postage pre-paid, to non-registered parties.

/s/ Gordon P. Cleary