# MOORE AFFIDAVIT – EXHIBIT A

HONDA Care

ACURA CARE

# VSC Internet Marketing Strategy

Dan Spafford, Manager

HONDA001038
Confidential
Attorneys' Eyes Only

HONDA Care

# Project Goal

ACURA CARE

1. Mission: Develop a VSC Business Strategy to meet the needs and goals of American Honda, its subsidiaries, dealers and customers.
2. Goal: Evaluate VSC marketing components to determine how they will fit in the business strategy.
3. Objective: Address the marketing component that promotes and protects the American Honda brand.
4. Strategy: Design, distribute and enforce a policy and guidelines regarding VSC application to the internet.
5. Plan: Implement a Phase I measure to:
   - Allow development of product/processes suitable for internet marketing.
   - Increase Honda Care/Acura Care VSC market stability, decrease dealer defection.



HONDA001039
Confidential
Attorneys' Eyes Only

HONDA Care

# Monitoring Frequency

ACURA CARE

- ⇨ Monthly
  - Review of metatags and hidden text on AHM Dealer Primary and Secondary Web Sites.
  - Paid search monitoring
  - 9 websites as directed by HFS
  - Google search of secondary sites
- ⇨ Twice per year
  - Monitor all AHM dealer websites for guideline violations.
- ⇨ Monthly, 3 months
  - Monitor internet advertising on 50 websites of non-Honda dealers.



HONDA001046
Confidential
Attorneys' Eyes Only

HONDA Care

# Penalty Scenario

ACURA CARE

Unless Dealer corrects violation within 10 business days from notification, Dealer is deactivated for future VSC sales

Timing Scenario:

⇨Day 1: NSI detects infraction.

⇨Day 2: NSI e-mails RM, BDM, DRM description of infraction.

⇨Day 5: Letter sent to dealer – 10 business days begins.

- Describes infraction(s), penalties
- Encourages dealer to report all outstanding VSCs

⇨Day 17: NSI checks status – notifies HFS (CAPS).

⇨If not corrected:

- NSI informs HFS
- Dealer's ability to register VSCs is deactivated.
- PBA quarterly payment cancelled.

⇨VSC registration restored upon correction.

⇨PBA begins next quarter.

Performance Based Allowance Incentive:

⇨If VSC purchased, canceled then repurchased on same VIN and same name, within 180 days, no PBA will be paid for that contract.



HONDA001047
Confidential
Attorneys' Eyes Only

HONDA Care

# Team

ACURA CARE

- Carol Moore, HFS counsel
- Laura Cuddy, AHM counsel, expertise in internet activity with AHM Auto CMA/DMA, Power Equipment
- Bruce Parker, AHM outside counsel, expertise in internet activity with AHM Auto CMA/DMA, Power Equipment
- Paul Shortley, NSI - Website Compliance for AHM
- Chuck Kendig, Sr. Manager AHM – Marketing Communications
- Chuck Aiesi, Sr. Manager HFS – DAB, Sales & Marketing
- Dan Spafford, Manager, Consumer Assurance Prod/Serv
- Eva Gallem-Scherp, Asst. Manager, CAPS



HONDA001049
Confidential
Attorneys' Eyes Only