# MOORE AFFIDAVIT – EXHIBIT B

Dan Spafford/AHM/AM/HONDA

12/21/2007 01:29 PM

To Charles Kendig/AHM/AM/HONDA@HONDAAM, Daniel Rodriguez/AHM/AM/HONDA@HONDAAM, Henry Goode/AHM/AM/HONDA@HONDAAM

cc Charles Aiesi/AHM/AM/HONDA@HONDAAM, Carol Moore/HNA/AM/HONDA@HONDAAM, Laura Cuddy/HNA/AM/HONDA@HONDAAM, Eva

bcc

Subject Additional info on VSC internet project

As we embark on the "Help protect the brand through internet VSC sales control" project, we need to keep in mind that the proposal from NSI for website compliance will cover two main sources:
1. Honda/Acura Dealer VSC advertising and,
2. Competitors or marketers who are representing themselves as Honda Care, or using Honda's brand in a manner not compliant with our brand protections guidelines, rules or policies when marketing VSCs.

<u>It must be clear that our efforts are not just to work through this with our customers (the dealers), but we must also protect those very dealers from false representation of their brand.</u>

Below is an example of a site called in by one of our DRMs, Bud Gregory (Ga., Al.), who received a complaint from a dealer. This is a Lexus dealer advertising a Toyota backed VSC (VSA) on Hondas.
What's the problem?
1. The url address is www.warrantieshonda.com.
2. Did the dealer have Honda's permission to use their brand equity (logos) in this advertising?

a. Does American Honda Sales and Marketing have a problem with this?
b. Does American Honda Parts and Service have an issue with this?

Comment: My issue is the misleading competitive representation of VSCs. AHM's issue appears to be a bit deeper than that.

Conclusion: The evolution of this project appears to have some "wash" into other areas of AHM. I don't have the resources to be Honda's watchdog, however, we'll be running up against unanticipated issues which we'll need some of your help with. This will clearly become a JOINT project between divisions.

I'm sending this to Chuck Kendig, Henry Goode,and Dan Rodriguez because of their intimate involvement with these issues and knowing where this responsibility falls within Honda.
I'm copying Chuck Aiesi, Carol Moore, Laura Cuddy, Paul Shortley and Eva Gallem-Scherp because of their direct project development efforts.

Thanks, Bud, for bringing this to our attention.

