# MOORE AFFIDAVIT – EXHIBIT C

Dan Spafford/AHM/AM/HONDA
11/29/2007 07:35 PM

To Charles Kendig/AHM/AM/HONDA@HONDAAM
cc Henry Goode/AHM/AM/HONDA@HONDAAM, Daniel Rodriguez/AHM/AM/HONDA@HONDAAM, Eva Gallem-Scherp/AHM/AM/HONDA@HONDAAM, Carol
bcc
Subject Fw: Request for internet policy

Chuck, attached is a very rough draft of the direction NSI seems to be taking the rules. We're continuing to talk frequently and bring this a little closer to final so that our Dec. 7th will be productive.

NSI draft1 VSC compliance rules.doc

In case you didn't receive it, Power Products Internet policy is in 3 parts below. Incredibly detailed from my perspective. Thank you.

Dan Spafford, Manager, Consumer Assurance Products and Services
Honda Financial Services
20800 Madrona Ave., Torrance, Ca. 90503

Office Phone 310-972-2634
----- Forwarded by Dan Spafford/AHM/AM/HONDA on 11/29/2007 04:31 PM -----

Robert Clum/AHM/AM/HONDA
11/20/2007 10:32 AM

To Dan Spafford/AHM/AM/HONDA@HONDAAM
cc Eva Gallem-Scherp/AHM/AM/HONDA@HONDAAM, Nancy Shao/AHM/AM/HONDA@HONDAAM
Subject Re: Request for internet policy

Dan,
Below are some of the policies we wrote regarding internent sales. Please note that we also sent out a "Do's and Don'ts" leter to further clarify our position. If you would like to discuss, call me at anytime.

Internet_Policy_DOs_and_DONTs.pdf Revised Internet Policy_v1.DOC Internet Policy Revised Effective 010104.DOC

Rob Clum
Sr. National Sales Manager
Honda Power Equipment
(678) 339-2512
fax: (678) 393-2350
robert_clum@ahm.honda.com
Dan Spafford/AHM/AM/HONDA

Dan Spafford/AHM/AM/HONDA
11/15/2007 05:14 PM

To Robert Clum/AHM/AM/HONDA@HONDAAM
cc Eva Gallem-Scherp/AHM/AM/HONDA@HONDAAM, Nancy

Shao/AHM/AM/HONDA@HONDAAM
Subject Request for internet policy

Rob,

John Fulcher recommended I request from you your internet sales policy. I 've been told by AHM divisions that your experience fits with the problems we're having with Vehicle Service Contracts being sold on the net. I appreciate this and would be glad to give you any background you might need or want to hear about. Thank you.

Dan Spafford, Manager, Consumer Assurance Products and Services
Honda Financial Services
20800 Madrona Ave., Torrance, Ca. 90503

Office Phone 310-972-2634

Objective: Protect Honda brand

I. Internet Websites

A. Prohibited uses of text or images on web sites (primary or secondary):

1. Posting price of any Honda Financial Services (HFS) product on any internet website.

2. Listing any HFS products on any web page that offers "specials" or "discounts" for purchase of product.

3. Utilizing superlatives that suggest a price advantage…

B. Prohibited links between web pages:

1. Directly (i.e. one-click) linking any web page that lists or displays HFS' products to any other page that contains "selling" or "pricing" language.

C. Restrictions pertaining to meta-tags, hidden text, URLs and web page titles:

1. Using any "selling" or "pricing" language in the URL for any web page that lists or displays any HFS products.

II. Internet Advertising

A. Prohibitions relating to content of advertisements:

1. Listing any price or using any HFS "selling" or "pricing" language on any web site page.

Other rules to consider:

1. Use of e-mail to communicate price. Do we prohibit or not?
2. Using "selling" or "pricing" language in the meta-tags, title or using "selling" or "pricing" language in any hidden text on any web page that lists or displays HFS products.
3. Purchasing any "keyword" advertising on any Internet site (e.g., Google, Yahoo!, MSN Search), which keyword advertising is linked to search terms that refer to any HFS products in combination with any pricing or superlatives that suggest a pricing advantage (e.g., "Best pricing for extended service contract", "Lowest pricing").