# MOORE AFFIDAVIT – EXHIBIT D

Overview: Some Honda dealers are selling Honda extended service agreements to consumers nationwide over the internet, and in most cases pricing said agreements under the generally accepted rate. Some Honda customers have discovered that they paid more money buying their service agreement through the dealer versus over the internet, driving loyal buyers away from the Honda brand.

Recommendation: NSI proposes establishing a dealer compliance program, establishing guidelines and rules for how dealers can sell extended service contracts over the internet. NSI will monitor compliance of said rules in the marketplace by monitoring dealer's primary and secondary websites and the Google search engine to monitor the creation of new dealer websites selling extended service agreements.

Deliverables:

1) NSI will develop program rules in conjunction with Honda team.
2) Design, develop and produce dealer compliance guidelines.
3) Conduct training session with dealers to successfully launch program.
4) Monitor 1,250 "primary" Honda dealer websites twice annually for extended service agreement guideline violations.
5) Monitor nine "secondary" dealer websites (as identified by Honda) monthly for extended service agreement guidelines violations.
6) Conduct monthly Google searches to discover new dealer websites selling extended service agreements.