# MOORE AFFIDAVIT – EXHIBIT E

"Shortley, Paul" <Paul.Shortley@nsi1919.com>
03/13/2008 01:50 PM

To <Eva_Gallem-Scherp@ahm.honda.com>
cc <Dan_Spafford@ahm.honda.com>, "Rodrigues, Crystal" <Crystal.Rodrigues@nsi1919.com>
bcc
Subject Final Presentation

History: This message has been replied to and forwarded.

Eva, attached is the final version of the training presentation. Please give me a call if you have any questions, concerns,etc.

I would suggest that we have a brief call either today or tomorrow to talk about the conference room, structure, agenda, attendees, etc. Please let me know if you and Dan are available.

Many thanks,

Paul

**Paul Shortley**, Vice President
NSI
1900 Main Street, Suite 175
Irvine, CA 92614
P: 949.260.1291 M:949.433.9387
paul.shortley@nsi1919.com

Honda_Financial_Services presentation rev 2 031308.ppt




HONDA000710
Confidential

# AGENDA

- Introduction
- VSC Compliance Overview
- Guidelines
- Monitoring and Auditing
- Communication
- Enforcement
- Support
- Questions

# NSI INTRODUCTION

- Founded in 1919
- NSI is a leading provider of advertising compliance programs
- Launched and administered the CMA and DMA compliance programs since 1998

# VSC COMPLIANCE PROGRAM OVERVIEW

1) Program guidelines
2) Guidelines communicated via training and print materials
3) Monitoring and auditing
4) Violation notification process
5) Enforcement procedures
6) VSC Compliance Center

# GUIDELINES APPLY TO ALL FORM OF INTERNET MARKETING OF VSCs

- Dealer Web sites (authorized and unauthorized)
- Search Engines
- Blogs
- Third Party Sites (Amazon.com, eBay)
- Internet Advertising

# FOUR BASIC PROGRAM VIOLATIONS

1) Selling AHM VSC's over the Internet or implying sales can be made via the Internet

2) Posting the price of an AHM VSC on the internet

3) Using "selling" or "pricing" language in conjunction with online AHM VSCs

4) Using words "warranty" or "extended warranty" to describe an AHM VSC

# SELLING AND PRICING LANGUAGE

**What Is "Selling" and "Pricing" Language in Reference to AHM VSCs?**

Because some guidelines on pages 6-9 prohibit "selling" and "pricing" language ***when used in reference to AHM VSCs***, Dealer understanding of these terms is essential.

Some "selling" and "pricing" language that refers to AHM VSCs is blatant, such as:

"Honda Care® Vehicle Service Contracts For Sale"
"Purchase an Acura Care® Vehicle Service Contract Here"

Posting prices for AHM VSCs on the Internet is also blatant use of "selling" and "pricing" language and is therefore strictly prohibited by the guidelines.

The following are additional examples of prohibited "selling" and "pricing" language when used in conjunction with mention of an AHM VSC on a website page:

- "Online dealer"
- "Best prices" or "Lowest prices" or "Low prices"
- "Ask about our specials"
- "Free ________ with purchase"
- "E-mail [(or call)] us for prices"
- "Online specials"
- "Buy Honda Care online"
- "Buy"
- "Save $$$"
- "No sales tax on out-of-state purchases"
- "Sales tax charged on in-state purchases"
- "Shop online"
- "Wholesale"
- Keyword advertising keyed to searches for "Buy Honda Care online," "Best prices for Honda Care," "Acura Care online dealer," "Honda Care prices," "Honda Care sales" or other phrases with similar meanings

***Please Note: The above listing is not intended to be exhaustive. American Honda's determination of whether language is or is not "selling" or "pricing" language that is prohibited by this policy shall be in its sole discretion and shall be final.***

HONDA000716
Confidential

# MONITORING AND AUDITING PROCESS

- Monitor Internet marketing
- Inform HFS and DRMs
- Send violation letters and annotated examples to dealers
- Track violations

HONDA000717
Confidential

# VIOLATION EXAMPLE




**1a.** Posting the price of an AHM VSC on any Internet website.

**1b.** Using the words “warranty,” “extended warranty” or words and phrases with similar meanings to describe an AHM VSC on a website page.

**1c.** Providing the means for a customer to purchase an AHM VSC via an Internet website.

**1d.** Listing or displaying an AHM VSC or an AHM VSC trademark on any website page that offers “Specials,” “Free (products or services) with Purchase” or any other offer in connection with the purchase of an AHM VSC.

# NON-COMPLIANCE LETTER

Date:

Dealership Manager Name
Dealership Name – Dealer Number
Address
City, State ZIP

RE: VSC Internet Policy & Guidelines Violation

Dear Dealership Manager:

This letter serves as notification that you are in violation of the **Honda Care® and Acura Care® Vehicle Service Contract Internet Policy & Guidelines**. After careful review, we noted noncompliance with the following requirements:

On Date2, the following violations to the **Honda Care® and Acura Care® Vehicle Service Contract Internet Policy & Guidelines** were found on www.websiteaddress.com:

Infraction

Please refer to your **Honda Care® and Acura Care® Vehicle Service Contract Internet Policy & Guidelines** manual to guide you in correcting this violation. If you have not already done so, please share this information with your internet partners.

As stated on page 11 of the **Honda Care® and Acura Care® Vehicle Service Contract Internet Policy & Guidelines**, you have 10 business days from the date of this letter to correct the above listed violation. If the violation is not corrected within 10 business days of the date of this letter, your dealership will be deactivated from selling AHM VSCs until the violation is corrected. It is the dealer's responsibility to notify the VSC Compliance Center when the violation is corrected.

To be sure that your dealership is in compliance with the **Honda Care® and Acura Care® Vehicle Service Contract Internet Policy & Guidelines** and supports the Honda and Acura brands, we encourage you to contact the VSC Compliance Center. The consultants in the Compliance Center are ready to help you. VSC Compliance Center hours and contact information are listed below.

**VSC Compliance Center**
**Support Line: 866.571.5306**
**E-mail: VSCCompliance@mail1919.com**
**Hours: Monday-Friday, 8:30 a.m.-6:00 p.m. CT**

Thank you in advance for your efforts to support the integrity of the Honda and Acura brands by adhering to the **Honda Care® and Acura Care® Vehicle Service Contract Internet Policy & Guidelines.**

Sincerely,

VSC Compliance Center

1st Violation Notification Letter

HONDA000719
Confidential

# ENFORCEMENT PROCEDURES

## ENFORCEMENT PROCEDURES

**First Violation**

- If the violation is not corrected within 10 business days of the date of the notification letter, the Dealer will be deactivated from selling AHM VSCs until the violation is corrected.
- Following correction of the violation, if the Dealer has no other incidents of noncompliance with this policy for one year (365 days) from the date of Dealer confirmation of correction, the Dealer's record will be cleared of AHM VSC Internet Policy violations.

**Second Violation**

- The Dealer's Performance-Based Allowance (PBA) payment for that quarter will be forfeited—even if the violation is corrected.
- If the violation is not corrected within 10 business days of the date of the notification letter, the Dealer will be deactivated from selling AHM VSCs until the violation is corrected.
- Following correction of the violation, if the Dealer has no other incidents of noncompliance with this policy for one year (365 days) from the date of Dealer confirmation of correction, the Dealer's record will be cleared of AHM VSC Internet Policy violations.

**Third Violation**

- The Dealer will be permanently deactivated from selling AHM VSCs, and PBA payments earned but not yet paid will be forfeited.

HONDA000720
Confidential

# VSC COMPLIANCE CENTER

## Provide Support to Dealers

- Answer VSC internet compliance questions

- Contact Information
  - Phone: (866) 571-5306
  - Email: VSCCompliance@nsi1919.com
  - Hours: Monday-Friday, 8:30am-5:30pm CT