CONFIDENTIAL

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SACCUCCI AUTO GROUP, INC., )
formerly known as SACCUCCI )
LINCOLN-MERCURY, INC., d/b/a )
SACCUCCI HONDA )
)
Plaintiff, )
)
vs. ) No. 08-121-S
)
AMERICAN HONDA MOTOR COMPANY, )
INC. and AMERICAN HONDA )
FINANCE CORPORATION d/b/a )
HONDA FINANCIAL SERVICES, )
)
Defendants. )
______________________________)

COPY

CONFIDENTIAL

- CONFIDENTIAL TRANSCRIPT -

30(b)(6) DEPOSITION OF DANIEL P. SPAFFORD
Torrance, California
Wednesday, July 23, 2008

Reported by:
Marceline F. Noble
CSR No. 3024
JOB No. 928970/4252

CONFIDENTIAL



Q -- correct?

Bruce Parker is an outside lawyer --

A Correct.

Q -- at Foley Hoag?

A Correct.

Q And we talked about Paul Shortly, and that's something that I actually have to cover.

Can you explain to me what NSI is?

A NSI is -- is a typical agency that -- you know, do-anything agency, who you can call and they may -- they may have a forte in advertising, they may have a forte in direct mail communications or whatever it might be.

I don't even know what NSI does for the most part other than the -- the current function that they have with American Honda.

Q Which is what?

A Which is to monitor their, what they call CMA/DMA program, and it's -- it's -- it's -- it's monitoring the way that dealers are advertising vehicles.

Q Do you recall at what point was -- what point Mr. Shortly was called into the process?

A I don't recall a date. But I can remember during the development process when they were -- he was

CONFIDENTIAL



recommended by -- actually Chuck Kendig recommended him to me fairly early on. We didn't actually get together until a bit later though.

Q But he was actually involved in the formation of the policy as opposed to just potential policing of it after?

A Yeah. They were very helpful with it because of the experience they had with Honda and that policy.

Q They -- the DMA --

A Yes.

Q -- policy.

And the lawyers, particularly -- I assume the in-house lawyers were involved from the outset, is that correct?

A Correct.

Q And at what point in the process did you feel it appropriate to involve outside counsel?

A As we're getting closer to the end of the fiscal year and we knew we had an obligation to get this project out there, we -- we just found it -- we thought it more prudent to bring in someone who had experience in this area. You know, we -- we sat down and we said, you know, we -- we all know a lot about our various areas but what we don't know is we don't know too much about this Internet area. We know enough just to be

CONFIDENTIAL



and that they're on hold.

(Deposition Exhibit 78 was marked for identification by the court reporter.)

BY MR. MILLSOM:

Q Okay. I've placed before you a document marked for the purpose of this deposition as Exhibit 78. This appears to me to be a copy of the final version of the policy.

Do you recognize it?

A Yes.

Q Is it in fact what it is?

A It appears to be the latest, most recent version, yes.

Q And this -- this is the version that was circulated to provide to all dealers, correct?

A Correct.

Q Can you tell me who drafted the actual language of the policy?

And by who, I'm -- I'm -- I'm looking for a -- an organization. Was it -- is it Honda? Is this an outside vendor like NSI or other outside vendor?

A The -- so the initial language of the policy -- the policy language, not the booklet language was formed internally. We then gave that language to NSI. NSI are the ones who actually went through and -- and adapted it

CONFIDENTIAL



to this. So they -- there are some areas where they change the language and we had to get approval for it. And, again, a lot of that based on their experience with this sort of activity.

Q **Who added the graphics?**

A That was NSI.

Q **Exclusively without any guidance or input from anybody?**

A They may have asked us for a piece. I -- I seem to recall them asking us for one piece. It was a picture of some sort. That was it.

Q **Were you aware -- are you aware that the policy features actual screen captures from the Saccuccis website among the illustrations of what not to do?**

A I just recently became aware of that.

MR. KEATING: Are there more than one?

MR. KLUFT: You said captures.

MR. MILLSOM: I said captures thinking there were more than one. I should --

Q **I'm not representing to you there were more than one and I shouldn't. There is at least one image of the Saccuccis website in the policy is what I should have said.**

**I hope that doesn't change your testimony.**

A It does not.

MR. KEATING: Could you -- could you just say it again. I'm sorry.

MR. MILLSOM: Yes.

Q I -- my question was, why does Mr. Spafford believe that the fact that the dealer never takes title to the Vehicle Service Contracts but rather it's a deal directly between Honda and the customer is relevant, if at all, to the decision to ban Internet service contract -- Internet sales of the VSCs?

A I don't know. I don't know that it has a connect -- a direct connection.

Q In paragraph 3, you indicate that all Honda dealers who sell VSCs executed a Honda Dealer Enrollment Participation Agreement, and you go on to quote a provision of that agreement that we addressed earlier.

A Yes.

Q Based on what you now know, is it fair to say that not all Honda dealers who sell VSCs execute a Honda Care dealer -- a Honda Care, Honda Dealer Enrollment & Participation Agreement in the form that includes the Internet and worldwide web limitation to paragraph 11?

MR. KEATING: You're asking as a factual matter? Of whether he --

MR. MILLSOM: I'm asking --

Q What I'm saying is at the time that you made

the statement that all dealers execute the agreement which is -- I'm sure you agree with because it's true. You went on to recite a portion of that agreement. And my question is, sitting here today, do you believe that all dealers that sell Honda VSCs have executed a Honda Care, Honda Dealer Enrollment & Participation Agreement that includes language relating to the Internet and worldwide web?

A No.

Q Are you -- do you believe that the Saccuccis executed a Honda -- Honda Care, Honda Dealer Enrollment & Participation Agreement that included language in section 11 regarding the Internet and worldwide web?

A No.

Q Are -- -- are there any other dealers you're aware of who are operating under the version of the dealer enrollment participation agreement that does not include the Internet worldwide web language?

A Not specifically.

Q I take it you haven't looked into this, into any --

A No.

Q -- extent?

Looking at the next page, paragraph 6, you state in your affidavit, "On information and belief,