**Kirby, Beth**

**From:** Shortley, Paul
**Sent:** Thursday, January 31, 2008 6:31 PM
**To:** Asahl, Amy
**Cc:** Rodrigues, Crystal
**Subject:** RE: Honda Financial Service Kick-off Meeting

Since the program rules have already been developed by HFS, this is more refining the content and flow. My concern is the short amount of time we have. Do you want him to attend and we can decide on Tuesday how we manage the writing?

-----Original Appointment-----
**From:** Asahl, Amy
**Sent:** Thursday, January 31, 2008 4:25 PM
**To:** Shortley, Paul
**Cc:** Kochert, Kelly
**Subject:** Accepted: Honda Financial Service Kick-off Meeting
**When:** Tuesday, February 05, 2008 8:30 AM-9:30 AM (GMT-08:00) Pacific Time (US & Canada).
**Where:**

We could give Wesley a shot at it. This is a quick turn, so we'll just want to keep that in mind. And, we'd probably still want to have Donna review his work because much of this copy will be written and reviewed by Honda legal.