**Brodsky , Donna**

**From:** Rodrigues, Crystal
**Sent:** Friday, February 01, 2008 2:33 PM
**To:** Brodsky , Donna; Monica, Sam
**Cc:** Shortley, Paul
**Subject:** RE: Internet Policy and Guidelines

Donna- I am actually working on the guidelines right now to change the infractions so they are single numeric and an alpha character work with Amy's team, and Amy will be in the meeting on Tuesday as well.

Also, this document was written by HFS's legal depart, hence the heavy legal feel to the document. What we would essentially like to do is keep the guidelines the way they are (after I reorganize the alpha numeric characters) and change the verbiage that explains the program and violations so that it is more reader friendly. Our fear right now is that a dealer will pick up this document, take a look at the wording and put it right back down. We would like to make it more reader friendly so that we have a higher success rate of dealers actually reviewing the document and following the guidelines.

I hope that clears up any questions or concerns you had, and we will discuss this more in depth on Tuesday, I just thought I would forward the document on so that you could get a feel for the program before we discuss on Tuesday to make the meeting a little more efficient.

Thanks,

Crystal Rodrigues
Account Coordinator