

# Honda Care® and Acura Care® Vehicle Service Contract Internet Policy & Guidelines

Effective April 1, 2008

ACURA CARE

HONDA Care

PENGAD 800-631-6989
78
DEPOSITION EXHIBIT
7/23/08

C-SHV0409

78

HONDA000018
Confidential

## INTERNET VSC SALES ARE PROHIBITED EFFECTIVE APRIL 1, 2008

After careful consideration, American Honda has determined that Internet selling of Honda Care® and Acura Care® Vehicle Service Contracts* (AHM VSCs) undermines the Honda Care® and Acura Care® brands among both Dealers and customers and should be prohibited. A further rationale for prohibiting Internet VSC sales is to align the policy regarding such sales with that for sales of Honda vehicles from unauthorized locations, which the Honda Automobile Dealer Sales and Service Agreement ("Dealer Agreement") prohibits. **Effective April 1, 2008, the sale of AHM VSCs over the Internet is therefore prohibited.**

***INTERNET SELLING UNDERMINES THE HONDA CARE® AND ACURA CARE® BRANDS AMONG BOTH DEALERS AND CUSTOMERS.***

Dealers should note that American Honda recognizes that the Internet can be a constructive and useful selling tool, and is committed to exploring uses of the Internet—including possible future methods of Internet selling of AHM VSCs—that will not undermine Dealer sales efforts or the two brands.

American Honda has created a set of guidelines that support this new policy (see pages 6-9). The consequences of noncompliance with the guidelines and policy are discussed on pages 10-11.



*Includes contracts issued by American Honda Motor Co., Inc., American Honda Protection Products Corporation and American Honda Service Contract Corporation.



C-SHV0410

HONDA000019
Confidential

## How Internet Sales of VSCs Undermine Our Brands

From the customer's perspective, Internet selling of AHM VSCs tarnishes the carefully cultivated "personal service" image of Honda-brand and Acura-brand products. Over the years, American Honda and many of its more than 1,200 authorized Honda and Acura Dealers have invested substantial resources to make the Honda and Acura experience a one-on-one personal commitment to quality. Internet sales of the AHM VSC—a premium plan whose advantages can be most effectively explained by Dealers to customers in person at the dealership—undermine the Honda and Acura brands and reputations.



***Note:*** *Nothing in this policy is intended to set, control or regulate the price at which a Dealer may sell an AHM VSC. Subject to state laws and regulations, Dealers remain free in their sole discretion to set the price at which they sell AHM VSCs.*

## Permissible Internet Advertising

It is very important that Dealers recognize that this new policy does not prohibit ***all Internet advertising*** of AHM VSCs. The following three advertising practices, which support AHM VSC sales, are strongly encouraged—so long as Dealers recognize and adhere to the restrictions noted:




- **Displaying factual information about AHM VSCs—including specifications, features and benefits—on a Dealer website page is permitted.**

  ***Important Restriction:***
  The website page must not use any "selling"* or "pricing"* language pertaining to AHM VSCs in its content, metatags, title or URL, or be directly linked (one click) to any website page that does so.

  *See page 5 for a discussion of "selling" and "pricing" language.




- **Displaying an AHM VSC trademark on the home page of a Dealer website or indicating that the Dealer is an authorized dealer of AHM VSCs is permitted.**

  ***Important Restriction:***
  The Dealer's telephone number and e-mail address may appear only if the Dealer's physical address appears on the website home page.




- **Paid advertising on a search-engine results page that is linked to searches for an AHM VSC-related word is permitted.**

  ***Important Restrictions:***
  (1) Purchased advertisements pertaining to AHM VSCs must not be linked to searches for any Honda-related word in combination with any "selling"* or "pricing"* word.

  (2) The advertisement must not use any "selling"* or "pricing"* language or link to any website page that uses any such language.

  *See page 5 for a discussion of "selling" and "pricing" language.



C-SHV0412

HONDA000021
Confidential

## What Is "Selling" and "Pricing" Language in Reference to AHM VSCs?

Because some guidelines on pages 6-9 prohibit "selling" and "pricing" language ***when used in reference to AHM VSCs***, Dealer understanding of these terms is essential.

Some "selling" and "pricing" language that refers to AHM VSCs is blatant, such as:

"Honda Care® Vehicle Service Contracts For Sale"
"Purchase an Acura Care® Vehicle Service Contract Here"

Posting prices for AHM VSCs on the Internet is also blatant use of "selling" and "pricing" language and is therefore strictly prohibited by the guidelines.

The following are additional examples of prohibited "selling" and "pricing" language when used in conjunction with mention of an AHM VSC on a website page:

- "Online dealer"
- "Best prices" or "Lowest prices" or "Low prices"
- "Ask about our specials"
- "Free ________ with purchase"
- "E-mail [(or call)] us for prices"
- "Online specials"
- "Buy Honda Care online"
- "Buy"
- "Save $$$"
- "No sales tax on out-of-state purchases"
- "Sales tax charged on in-state purchases"
- "Shop online"
- "Wholesale"
- Keyword advertising keyed to searches for "Buy Honda Care online," "Best prices for Honda Care," "Acura Care online dealer," "Honda Care prices," "Honda Care sales" or other phrases with similar meanings

***Please Note:*** *The above listing is not intended to be exhaustive. American Honda's determination of whether language is or is not "selling" or "pricing" language that is prohibited by this policy shall be in its sole discretion and shall be final.*



C-SHV0413

HONDA000022
Confidential

# Honda Care® and Acura Care® Vehicle Service Contract Internet Guidelines
## Effective April 1, 2008

***All of the following Internet activities pertaining to AHM VSCs are prohibited.***

***Please Note:*** *This list is not intended to be exhaustive. American Honda reserves the right to notify Dealers of, and sanction Dealers for, any activities that, in its sole judgment, violate the spirit and the intent of the policy. The consequences of noncompliance are described on pages 10-11.*




### Internet Websites

**1. Prohibited Text and Images**

**1a.** Posting the price of an AHM VSC on any Internet website.

**1b.** Using the words "warranty" or "extended warranty" or words and phrases with similar meanings to describe an AHM VSC on a website page.

**1c.** Providing the means for a customer to purchase an AHM VSC via an Internet website.

**1d.** Listing or displaying an AHM VSC or an AHM VSC trademark on any website page that offers "Specials," "Free (products or services) with Purchase" or any other offer in connection with the purchase of an AHM VSC.

**1e.** Including any debit, credit or charge card logo or name (e.g., MasterCard, Visa, American Express, Discover) on a website page that lists or displays an AHM VSC.

**1f.** Using any graphics (e.g., shopping cart, currency symbol) that suggest sales or prices on any website page that lists or displays an AHM VSC or an AHM VSC trademark.

## Honda Care® and Acura Care® Vehicle Service Contract Internet Guidelines, *continued*

PROHIBITED URLs:

www.hondaextendedwarranty.com

www.cheapacuracare.com

www.buyhondacare.com

PERMISSIBLE URLs:

www.anytownhondacare.com

www.acuraofanytownacuracare.com

**2. Prohibited Links Between Website Pages**

**2a.** Directly linking (one click) any website page that lists or displays an AHM VSC term or an AHM VSC trademark to any other website page that contains "selling" or "pricing" language pertaining to AHM VSCs.

**2b.** Directly linking (one click) any website page that contains "selling" or "pricing" language pertaining to AHM VSCs to any website page that displays an AHM VSC term or an AHM VSC trademark.

**3. Prohibited "Selling" or "Pricing" Language Pertaining to AHM VSCs**
Using "selling" or "pricing" language (see page 5) in any of the following ways:

**3a.** On a website page that lists or displays an AHM VSC term or an AHM VSC trademark.

**3b.** In a metatag or the title of a website page that lists or displays an AHM VSC term or an AHM VSC trademark.

**3c.** In the hidden text on a website page that lists or displays an AHM VSC term or an AHM VSC trademark.

**3d.** On a website page that contains an AHM VSC term or an AHM VSC trademark in any hidden text.

**3e.** On a website page that uses an AHM VSC-related metatag.

**3f.** In the URL for a website page that lists or displays an AHM VSC term or an AHM VSC trademark.

**3g.** On a website page whose URL includes the words "Honda Care," "Acura Care" or any variations.

**3h.** On a website page whose title includes an AHM VSC-related word.



C-SHV0415

HONDA000024
Confidential

## Honda Care® and Acura Care® Vehicle Service Contract Internet Guidelines, *continued*

### Internet Advertising

**4. Prohibited Advertising Content**

**4a.** Advertising referring to the sale of AHM VSCs, including but not limited to advertisements that refer to the prices of AHM VSCs available from the Dealer.

**4b.** A price or "selling" or "pricing" language pertaining to AHM VSCs on any website page that lists or displays an AHM VSC term or an AHM VSC trademark.

**5. Prohibited Advertising Venues**

**5a.** Selling or advertising an AHM VSC through an affiliate relationship with a third-party Internet site (e.g., Amazon.com "Z-Shops").

**5b.** Selling or advertising an AHM VSC or displaying an AHM VSC trademark on a third-party selling site (e.g., eBay).

**5c.** Selling or advertising an AHM VSC or displaying an AHM VSC trademark on a website page that includes "selling" or "pricing" language for a Honda or a non-Honda vehicle service contract product.






C-SHV0416

HONDA000025
Confidential

## Honda Care® and Acura Care® Vehicle Service Contract Internet Guidelines, *continued*




**6. Prohibited Keyword Advertising**

**6a.** Purchasing "keyword" advertising on an Internet site (e.g., Google, Yahoo!, MSN Search) if the keyword advertising is linked to search terms that refer to an AHM VSC in combination with any "selling" or "pricing" language (e.g., "Buy Honda Care," "Acura Care vehicle service contract sales," "Best Honda Care prices," "Great Acura Care deals," "online Honda Care dealer").

**6b.** Using "selling" or "pricing" language in an Internet advertisement linked and displayed in connection with keyword searches for AHM VSC-related keywords. For example, a keyword advertisement linked to the phrase "Honda Care" or "Acura Care" must not display the phrase "Best prices," "Buy online" or "Online dealer."

**6c.** Listing or displaying an AHM VSC term or an AHM VSC trademark in any "keyword" advertisement that is linked to searches that employ a "selling" or "pricing" term. For example, a keyword advertisement linked to searches for "Buy vehicle service contracts online" or "Best vehicle service contract prices" must not display "Honda," "Honda Care," "Acura" or "Acura Care."

**6d.** Linking a "keyword" advertisement that uses "selling" or "pricing" language, or that is linked to searches for "selling" or "pricing" terms, to any website page that lists or displays an AHM VSC term or an AHM VSC trademark.



C-SHV0417

HONDA000026
Confidential

## HOW THIS NEW POLICY WILL BE ENFORCED

Dealers have an obligation to comply fully with this new policy and the supporting guidelines set out on pages 6-9, and to immediately take all reasonable and appropriate steps to correct a violation. This responsibility includes taking immediate steps to remove any website page or advertisement created or placed by any third party if American Honda determines it is in violation of this Internet Policy—regardless of whether the Dealer participated in, cooperated with or was aware of the violation.

When American Honda learns of a guideline violation, including an uncorrected prior violation, the Dealer will be notified of the violation (by alphanumeric designation, where applicable, and/or by verbal description) and the consequences via a trackable letter (e.g., registered mail, UPS, Federal Express). **It is the Dealer's responsibility to contact the VSC Compliance Center by e-mail (VSCCompliance@nsi1919.com) to provide evidence that the infraction has been corrected.**

In the case of flagrant or egregious violations of this Internet Policy, American Honda reserves the right to skip one or more steps in the general enforcement procedures that appear on page 11.



## ENFORCEMENT PROCEDURES

### First Violation

- If the violation is not corrected within 10 business days of the date of the notification letter, the Dealer will be deactivated from selling AHM VSCs until the violation is corrected.
- Following correction of the violation, if the Dealer has no other incidents of noncompliance with this policy for one year (365 days) from the date of Dealer confirmation of correction, the Dealer's record will be cleared of AHM VSC Internet Policy violations.

### Second Violation

- The Dealer's Performance-Based Allowance (PBA) payment for that quarter will be forfeited—even if the violation is corrected.
- If the violation is not corrected within 10 business days of the date of the notification letter, the Dealer will be deactivated from selling AHM VSCs until the violation is corrected.
- Following correction of the violation, if the Dealer has no other incidents of noncompliance with this policy for one year (365 days) from the date of Dealer confirmation of correction, the Dealer's record will be cleared of AHM VSC Internet Policy violations.

### Third Violation

- The Dealer will be permanently deactivated from selling AHM VSCs, and PBA payments earned but not yet paid will be forfeited.

---

Please contact the VSC Compliance Center if you have any questions about this policy or the guidelines.

**VSC Compliance Center**
**Phone:** 866.571.5306
**E-mail:** VSCCompliance@nsi1919.com
**Hours:** 8:30 a.m.–6:00 p.m. CT, Monday–Friday

Thank you in advance for your compliance with this important policy.



C-SHV0419

HONDA000028
Confidential



C-SHV0420