UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SACCUCCI AUTO GROUP, INC., formerly known as SACCUCCI LINCOLN-MERCURY, INC., d/b/a SACCUCCI HONDA<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC. and AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES,<br><br>Defendants. | C.A. No. 08-121-S |

**ORDER**

Upon consideration of Saccucci Auto Group, Inc.'s Motion To Compel, the arguments and submissions of the parties relative thereto and for the reasons stated at the hearing on August 14, 2008, it is hereby ORDERED that Plaintiff's motion is GRANTED IN PART and DENIED IN PART. Specifically,

1. Defendants shall respond to Request No. 11 set forth in Plaintiff's First Request for Production of Documents by Defendants American Honda Motor Company, Inc. and American Honda Finance Corporation ("Saccucci's Document Requests"), as limited and modified by counsel for Saccucci to require only that Defendant American Honda Finance Corporation query its Legal Department to determine whether responsive documents exist and, if so, produce such documents.

2. Defendants shall produce all documents withheld on privilege grounds that were disclosed to NSI employee Paul Shortley.

3. The Court will not conduct an *in camera* review of Defendants' entire privilege log.

4. Plaintiff has withdrawn as moot its request to compel responses with respect to Request No. 12 of Saccucci's Document Requests.

SO ORDERED:

David L Martin

Hon. David L. Martin, U.S.M.J.

Dated: 8-25-08